**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: _Stone_____ _Nicholas_____ _Scott_____
   (Last)               (First)            (Middle)

Prisoner Number: _F-53649_____

Institutional Address: _CCI - California Correctional Institution. P.O. Box 1906, Tehachapi Ca. 93581. 4/A 1-B Cell #102_

FILED
MAY 14 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 19 2591

_Nicholas Scott Stone_____
(Enter your full name.)

vs.

_T. Robinson, Y. Yang, (LVN) R. David, M. Perez, Sgt Fernandez, M. Ortega, Gonzales, A. Ramadan (MD) Tmud Abumeri (Surgeon) Wesi. Lilks (RN) Ms. John Rotendo (RN) Jennifer Melendez (RN)_
(Enter the full name(s) of the defendant(s) in this action.)

Case No. _____
(Leave blank; to be provided by Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement _CCI - California Correctional Institution_

B. Is there a grievance procedure in this institution?  YES ☒  NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?  YES ☒  NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: _Tracking # COR HC 1801492, Cor HC 1801430, Cor HC 1801486, Cor HC 1801457, Cor HC 1801449, Cor HC 1801431. I have also filed a grievance on T. Robinson for excessive force/misuse of force. I appealed them all levels. It was referred to IA, not response because of open investigation._

COMPLAINT *Page 1 of 4*

2. First formal level: You allege staff did not respond in a timely manner on 9/5/18 when you were shot in the head. Title 15, Sec. 3999.228(F)(1), an interview was not conducted because you did not request one. You are enrolled in the Chronic Care Program.

3. Second formal level: Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.

4. Third formal level: It is not appropriate to expand the health care grievance beyond the initial issue. "new issue". At the very least an X-ray should have been done. This decision exhausts your administrative remedies.

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☒   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.

_____

_____

_____

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

Nicholas S. Stone : F-53649 CCI : California Correctional Institution. P.O. Box 1906, Tehachapi Ca, 93581. 4A1B Cell #102

_____

B. For each defendant, provide full name, official position and place of employment.

T. Robinson, CO/gun tower, Corcoran State Prison 3BO5. Y. Yang CO/floor officer - Corcoran State Prison / M. Perez CO/SNE, Corcoran State Prison. Sgt. Fernandez/CO - Corcoran State Prison / M. Ortega CO/floor officer. Gonzales CO/floor officer in 3BO5-Corcoran State Prison. A. Ramadan (MD)- Corcoran State Prison. R. David (LVN) Corcoran State Prison. W. Lilis (RN)- Corcoran State Prison. John Rotondo (RN) Corcoran State Prison. Jennifer Melendez (RN) Corcoran State Prison. Imad Aburneri (Surgeon) Bakersfield Adventist Hospital.

COMPLAINT *Page 2 of 4*

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On Wednesday, September 5, 2018 at approximately 1546 hours, I Nichoks Stone - F-53649 was involved in a mutual Combat Fight located at C·Sec of 3B05 Cell #149. While I was attempting to back away from I/M Ellis C.97801. I turned around faceing the left tower window and immediately I was shot directly on top of my head, with the 40mm Launcher by CO Robeinson who was working the tower that day. I headed to the nearest table and sat down waiting for medical to arrive. I was tranfered to CTC were docter placed a numbing agent to wound and placed 10 staples in head. No X-Ray was done. I was placed back in my cell before 4:30 Count. Bettween 4 to 5 hours later the numbing agent wore off. I exprencing a severe headace, dizziness, Confusion, and vomiting. I went man down, and woke up in Bakersfield Mdvantice hospital. Were I was told I have a bleed in my brain, and well be undergoing Surgery due to Epidural Hemorrhage caused by head injury.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

CO's acted improper. Medical Staff did not do basic medical aid, and left me to die. Everyone knew how sever the injury was, but decided to ingnore due to improper misconduct. Everyone should be held libaly. I am seeking money damages from all Staff.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 5 day of 10, 2019

*Nicholas S. Stone F-53649*
*(Plaintiff's signature)*

*Please continue to the next page.*

COMPLAINT *Page 3 of 4*

California Correctional Institution
Nicholas S. Stone · F-53649
Facility 4A Building 18 Cell #102
P.O. Box 1902
Tehachapi Ca, 93581


United States,
Northern District
Att: Clerk's Office
United States District
Northern District of
450 Golden Gate Ave.
San Francisco, Ca 941

it Court,
ifornia.

urt
rnia
ox 36060

RECEIVED
MAY - 3 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Pro se

CA STATE PRISON
CCI- TEHACHAPI
FACILITY A BLDG 1