Plaintiff's Name _Nicholas S. Stone_

Inmate No. _F.53649_

Address _California Correctional Institution_
_P.O. Box 1902, Tehachapi Ca, 93581_

**FILED**

NOV 1 9 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

(Name of Plaintiff) _Nicholas S. Stone_                    (Case Number) _1:29-cv-00703-JDP_

vs.

_T. ROBINSON, et al.,_

_____

_____

_____

_____

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☒ **42 U.S.C. 1983** (State Prisoner)

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

**RECEIVED**

NOV 19 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _O.L._         DEPUTY CLERK

(Names of all Defendants)

**I. Previous Lawsuits** (list all other previous or pending lawsuits on additional page):

    A. Have you brought any other lawsuits while a prisoner?  Yes____  No _X_

    B. If your answer to A is yes, how many? _____

        Describe previous or pending lawsuits in the space below.  (If more than one, attach additional page to continue outlining all lawsuits in same format.)

        1. Parties to this previous lawsuit:

        Plaintiff _Nicholas S. Stone : F.53649_

        Defendants _T. ROBINSON, et al.,_

        2. Court (if Federal Court, give name of District; if State Court, give name of County)
_United States District Court Eastern District of California_

        3. Docket Number _1:19-CV-00703.JDP_ 4. Assigned Judge _Jeremy D. Peterson_

        5. Disposition  (Was the case dismissed? Appealed?  Is it still pending?)
_Pending._

6. Filing Date (approx.) *May 14, 2019*   7. Disposition Date (approx.) *Pending*

## II. Exhaustion of Administrative Remedies

**NOTICE:**     Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).  Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002).  If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice.  *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A.  Is there an inmate appeal or administrative remedy process available at your institution?

Yes __X__   No_____

B.  Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes __X__   No_____

C.  Is the process completed?

Yes __X__      If your answer is yes, briefly explain what happened at each level.

*28001492 Corcoran Health Care appeal. 28001430 Corcoran Health Care appeal.*
*Monetary compensation is outside the jurisdiction of the health care process. While you may*
*not agree with the decisions of treatment it does not constitute Staff misconduct. Exhausts remedies*
*Staff Complaint Appeal # CSPC-3-18-04939. Referred to the office of Internal Affairs. Pending.*
*The appeal was finally exhausted after a Serious of technical violations, they claime duplicate appeal,*
*not in pen, a copy, ect.*

No_____      If your answer is no, explain why not.

_____

_____

_____

_____

_____

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below.  If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A.  Name *T. L. Robinson*         is employed as *Correctional Officer, 3B03 Control*

Current Address/Place of Employment *Corcoran State Prison*

B. Name *X. NMI. Yang* is employed as *Correctional Officer 3BO5 FLR 2.*

Current Address/Place of Employment *Corcoran State Prison*

C. Name *M. MI. Ortega* is employed as *Correctional Officer 3BO5 Floor 1*

Current Address/Place of Employment *Corcoran State Prison, 4001 King Ave, Corcoran Ca, 93212*

D. Name *Imad Abumeri* is employed as *Dr. Surgeon.*

Current Address/Place of Employment *Kern Neurological Institute 2323 16ᵗʰ St, Ste 407 Bakersfield Ca, 93301*
*661·843·7880.*

E. Name *Dr. Ramadan* is employed as *Ramadan, Amr P&S. Dr.*

Current Address/Place of Employment *Corcoran State Prison. 4001 King Ave, Corcoran Ca, 93212*

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

<u>Claim 1</u>:  The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

*Excessive Force , Mis use of Force,*

<u>Supporting Facts</u> (Include all facts you consider important to Claim 1. State what happened clearly and in your own words.  You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

*Please refer to IA Investigation for full notes and evidence. I was recieved at Corcoran two weeks prior for a court hearing. A month later I was informed that it was a mistake and I did not have court. I was released from ASU and placed in 3BO5 cell #149 pending transfer back to CCI. The following day I was informed that I'd be getin a celly. My response was why I'll be returning back to CCI in a day or two. My attempts to remain single cell while I wait for transfer failed. I recieved a cellmate Ellis R. Wayne CDC# C.97801. The next day around 12:30 floor CO's conducted a cell search*

Parties to this previous lawsuit.

F.   Marean, Brett  R.N. Corcoran State Prison, 4001 King Avenue
                                                  Corcoran, Ca 93212.

G.   Flores, Corazon R.N. Corcoran State Prison, 4001 King Avenue
                                                  Corcoran, Ca 93212.

H.   Nacur, Catherine R.N. Corcoran State Prison, 4001 King Avenue
                                                  Corcoran, Ca 93212.

I. ✓  R. David, Lecensed Vocational Nurse. Corcoran State Prison, 4001 King Ave
                                                  Corcoran, Ca 93212

J. ✓  A. T. Fernandez, Correctional Sergeant. Corcoran State Prison
                                                  4001 King Ave, Corcoran Ca, 93212

On my cell #149. Ellis and Stone were placed in different showers while the cell search was conducted. When they were finished C.O. Ortega told me that they didn't mess with my stuff only my celly. C.O Ortega went on to say he's a peace of shit and has nothing comeing. C.O Ying escorted IM Ellis back to the cell and before placeing him in the cell told cell #148 IM Ricardo Delatorre #AH·7.340 that IM Ellis is a sexaf fender. Shortly after this they did day room release. IM Ellis proceeded to the podim and asked C.O Ortega and C.O Ying for a bed move. They both told him no. Then IM Ellis returned back to his cell #149. I then approached the podim and spoke with C.O Ying C.O Ortega with C.O Robinson at the tower window. I asked for a bedmove all three said no. I then responded back well I'm going to move him myself. All three replyed Ying, Robinson, Ortega handle it he's a peace of shit anyways. "I have attached an addisunl page with heading C.O Robinson, Ortega, Ying.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Medical deliberate indifference. Negligence on all medical staff. I had a serious medical need in which they fail before and after. A botched surgery that ~~the~~ left me disfigured. Denial of seizure meds/negligence in duties.

**Supporting Facts** (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

I was then seen by Dr. Ramadon. He asked what happened I stated I was shot in the head by the 40 mm Lancher. Dr. Ramadon also suggested that I may have been hit by a rickashay. Dr. Ramadon inspected the wound he advised me that a headwound bleeds a lot and suggested staples but otherwise I'm fine. Dr. Ramadon cleaned the wound and placed a numbin agent around wound and placed 10 staples to close the wound with nothing further done. This entire process took about 20 min when he was done I was released from prison hospital and returned back to cell 149. Once in my cell the wound keep bleeding so I began to clean it. I layed down for about 3 to 4 hours. As time went on the pain increased due to the numbing agent wareing off, that was ~~pot~~ injected around the wound. I begun to throw up and have vision problems. I attempted to try and get someones attenion but do to

CO's. Robinson, Ortega, Yang.

Claim 1. Supporting Facts.

Dayroom ended I walked back to my cell #149, with CO Yang and CO Ortega right behind me. While I waited for CO Robinson to open my cell door, with CO Yang and CO Ortega right beside me.

I could see IM Ellis had packed all of his property. IM Ellis stated to CO's Yang and Ortega that he wants to go on suicidal watch.

Both CO's told him not on there watch. By this time CO Robinson is proforming gun cover out right side window directly in fraunt of cell #149.

CO Robinson then opens cell #149, IM Ellis took a fightin stances and attempted to throw a punch. I countered with a punch knockin him to his knees.

He began to pull me to the floor. Both CO Ortega and CO Yang stood right by us while we struggled on the ground. We both got to our feet I threw another punch knockin IM Ellis on his back. CO Yang asked is that it, and told me to get down. I backed away from IM Ellis. I took about 5 steps back to the gun tower were CO Robinson was positioned, and turned to my left. That is when CO Robinson without warning fired and struck me while I was standing backing up, on the leftside of my head with a direct shot. Once I was struck by the round I could hear CO Robinson say Fuck Ya.

I was bleeding very bad and was in a state of shock. After that I layed on the ground and shortly after this responding staff and medical staff arrived. I remember haveing a hard time hearing responding staff and medicals questions on site. CO Fernadez asked me if I was stabbed in the head my reply was no I was shot. I was then placed on the gurnney and taken to the prison hospital. Several times on the way to the prison hospital I could hear CO staff tell medical staff R. David L VN that I was hit by a rickeshay. I refuted this and replyed that it was a direct shot. I was then asked by L VN R. David how did I know

this. My reply was because as I turned I could see the shot and from the force of the shot it threw my head back so hard it hurt my neck.

Claim #2. Supporting Facts.      The CT Scan showed a shift of the brain as well as bleeding. I was told they are rushing me into surgery. Doctors were shocked that I was still awake and that the prison did not send me to the hospital when the incident happened, and that no x-ray was done, and the wound was just closed up with staples. I explained to them that I think it had to do with the numbin agent that was injected around the wound. The shock of the round hitting me directly in head and along with the numbin agent that was injected by Dr. Ramadan in the head altered my ability to process the pain. Bakersfield paramedic Dr's told me any longer and I would of died. I explained to them what happened pretaining to me not being able to get CO attention while locked in my cell, and that there was a good possibility that I would not be able to get help until the morning. Doctors responce you would of died. Shortly after the surgeon came in Dr. Imad Elshamen he examined my head and told me I would have a small thin scare on the head and that my hair would cover it. This was not the case. I was left with a huge scare that runs from the frount of my head to the buck and to the left. I have about a 4 in wide lnke that is about a 1/5 in deep. I have several little scares on the left side of head. I have a clear deformity of the upper left side of head and forehead. There is permint hair loss all around. There is disc height loss at 3-4 through C5-6. Mild verkbral body spurning. There are disc bulges and protrusions seen at C3-4, C4-5 and C5-6. At C4-5 there is narrowing of the central canal. None of this was discussed only small scare not permint disfigurment. The report titled Neurosurgery-Procedure Final Report. When risk Factors were discussed they did not include the degenerative changes described in CT. Cervical Spine Wo Contrast Final Report.

Cell #149 being in the corner there were no staff in site also I was beginning to have problems standing. By this time it was around 9pm about 4 to 5 hours after being treated at the hospital in the prison. Another inmate happened to be useing the phone I got his attention and told him to call roundown. Shortly after staff responded, I was placed in the dayroom until an inmate came with a wheelchair in which he took me to the prison medical. I waited there for them to call the doctor and escorted to take me to outside Hospital. Once I arrived at outside hospital Bakersfield Advantce they ordered the one and only CT scan of my head. Which would be a proper Concusion procetal reloteing to a massive headwound. Please refer to attached pg Claim #2. Supporting facts.

## V. Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

I am permanently disfigured and disabled. I do not wish to go to trial. If the court can help me work out a cash settlement that would be great. Also if the court has the athority to cummute my sentence to time served that would be great.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11-22-2019       Signature of Plaintiff: Nicholas S. Stone

(Revised 4/4/14)

Pg #3 Claim #2. Supporting Facts.

When I was resurned back to Corcoran Prison and discharged from Bakersfied Adventure hospital I was placed in Prison hospital. I'm not sure how long I was there until I was found passed out on the ground.

When ask what happened I was not sure, but thought that I'd had a seizure and knocked myself out hitting my head. Once again no x ray was done of the head. I was in the prison hospital for about 3 day and released back to the yard and placed back in 3B05 Cell #149.

I dislike my subjects not to discharge me from prison hospital, because I was not able to walk on my own without a wheelchair

I was discharge, there were 3 different times I was not given my much need seizure meds. The flowing Corcoran medical Staff failed in performing there duties in the above decribed actions.

Moreau Brett RN. Corcoran Medical.

Flores Corazon RN. Corcoran Medical.

Macar Catherine RN. Corcoran Medical.

Each Parties individual actions.

T. Robinson There is no way he did not know were the round struct. As he describes in report. He was either aiming for head or improperly aiming over head to further lit the fight play out. He is a Fault for many reasons, knowing the fight was going to take place, causing the excessive force in what I believe to be a purpose head shot, interfering with the treatment by not prosplay reporting, the diret hit and knowing the amount of damage this weapon can do when used to shot in head. And not Kethy Floor staff use other opitions to stop a fight they over saw with OC Spray. ect. As describe in report the fight did not require that amount of force. Even though he's not medical could see clear need for outside hospital transport.

Ortega MMT / X MMT. Yang. Like Robinson knew and provoked the fight. Stood right next to us as we fought. They could of both used less leathly means by OC Spray. All three were ask for a cell move. All three inpeeded treatment by not informing medical of the servity of head wound dve to direct hit from 40mm to head. All three could see the need for outside hospital transport. All there failed to check up on me when returned to the unit after first being seen by Doctor. Instead left me in cell to die. If not for Inmate finding me and alerting staff of man down I'd be dead.

R. David LVN. He was the nurse on the scan. He is the one who say the Large amount of blood. He knew that the round hit me directly in the head. Even to an untrained person. It was clear I needed to be transported to outside hospital. Even after being treated the 1st time I should of remained under opporvation by medical and at very minue minune been given a x-ray. Because of the clear evidence of a massive head wound and the force of the impact by a direct hit from the weapon destined to be used anywere but the head.

Bakersfield Healthcare Surgeon Imad Abumeri: When the Surgeon discussed the risks of this procedure he failed to let me know that I'd be permently disfigured with several deformitys. The only risks that were discussed are listed in Report titled Neurosurgery Procedure: Final Report. Had been advised of proper outcome I would of chose a different course and not be bothered in surgery.

A.J. Fernandez. Even to A lay person it was obvious of a Serious head injury. Sergeant should of instructed medical to transport to outside hospital for at very least X Ray, Cuscon protool. knowing the force of tha 40mm to head Shot.

Nafar Catherine RN. Failed in her duties to deliver seizure medication to the building 3B05 cell #149. When I was confined to wheelchair and not able to walk to pill line. She was aware of me haveing a Serious medical need for the precribed Seizure medication.

Flores Corazon RN. Failed in his/her duties and perscribed treatment by not giveing me my much needed Seizure medication on two occations. This was when I was discharge from Prison hospital and place in a wheelchair in a cell without wheelchair access. Because I was not able to walk they would not deliver Seizure medication.

Marean Brett RN. Once I retured back to corcoran when placed in Prison hospital the above failed to give proper treatment on one occation when I was found unconscious laying on the floor of medical cell floor I should of been taken back to hospital an a X ray should of been done. The above also fail to deliver Seizure meds on 2 different occations when I was discharged from prison hospital and placed back in 3B05 cell #149.

That had no wheelchair access and I was unable to walk to pill line to recieve meds. The above RN and all the above CO staff were aware of my Serious Medical Need and once again Failed to treat.

Incident Report.

Incident Report will began with a blue marking in top left corner and will end with marking in top left corner.

It will include the following reports by.

T. Robinson  CO.
Y. Yang     CO.
M. Ortega   CO.
A.J. Fernandez  SRG.
R. David / VN.



CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# RULES VIOLATION REPORT

| CDC NUMBER F53649 | INMATE'S NAME STONE, NICHOLAS S. | MEPD 06/11/2046 | FACILITY COR-Facility 03B | HOUSING LOCATION COR-03B - 03B005 1 - 149001U |
|---|---|---|---|---|
| VIOLATION DATE 09/05/2018 | VIOLATION TIME 15:46:00 | VIOLATION LOCATION COR-Facility 03B - RVR - DAYROOM | | |

| INMATE NOTIFICATION | | |
|---|---|---|
| POSTPONEMENT OF DISCIPLINARY HEARING | | |
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | INMATE SIGNATURE | DATE |
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | INMATE SIGNATURE | DATE |
| ☐ I REVOKE my request for postponement. | INMATE SIGNATURE | DATE |
| STAFF ASSISTANT | | |
| ☐ REQUESTED     ☐ WAIVED BY INMATE | INMATE SIGNATURE | DATE |
| INVESTIGATIVE EMPLOYEE | | |
| ☐ REQUESTED     ☐ WAIVED BY INMATE | INMATE SIGNATURE | DATE |



**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# RULES VIOLATION REPORT

| CDC NUMBER F53649 | INMATE'S NAME STONE, NICHOLAS S. | MEPD 06/11/2046 | FACILITY COR-Facility 03B | HOUSING LOCATION COR-03B - 03B005·1 - 149001U |
|---|---|---|---|---|

| VIOLATION DATE 09/05/2018 | VIOLATION TIME 15:46:00 | VIOLATION LOCATION COR-Facility 03B - RVR - DAYROOM | | WITH STG NEXUS No |
|---|---|---|---|---|

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

CIRCUMSTANCES OF VIOLATION

: On Wednesday, September 5, 2018, at approximately 1546 hours, I was performing my duties as the 3B05 Control Booth Officer conducting dayroom recall when I heard a loud noise coming from "C" section. I scanned "C" section and between cells 148 and 149 I observed inmate Stone (F-53649,3B05-149U) on top of inmate Ellis (C-97801,3B05-149L) striking inmate Ellis in the upper torso and facial area with his clenched fists. Inmate Ellis was striking back hitting inmate Stone in his upper torso and facial area with his clenched fists. I immediately yelled "Get Down!" and activated my personal alarm device. The yard door was already open due to inmates returning back to the building from evening medication pass allowing responding staff to enter the building. I positioned myself at "C" section window transitioned from my state issued Mini 14 rifle to the less lethal 40mm launcher (serial#D22386). I raised the 40mm launcher to a point shoulder position and gave a direct order to stop fighting and "Get Down" with negative results. I made sure my floor staff was clear before I placed the barrel of the 40mm launcher through the window bars and aimed at Inmate Stone right upper thigh area (zone1) my intended target area. From a distance of approximately 40 feet, I fired one 40mm Exact Impact round at my intended target. Due to the rapid movements of both inmates I was unable to determine were the round struck. The discharge of the 40mm had the desired effect as both inmates Ellis and Stone stopped fighting, separated from each other, and assumed a prone position on the ground. I reloaded my 40mm launcher and scanned the dayroom for any additional threats. As responding staff arrived on scene I continued scanning the dayroom. Due to me scanning the dayroom I did not observe who restrained either of the involved inmates or whether a clothed body search was conducting. Medical staff were providing medical treatment to inmate Stone and I heard over the institutional radio the emergency response vehicle (ERV) was requested to 3B05. Upon the arrival of the ERV, staff from the Correctional Treatment Center (CTC) responding to inmate Stone's location. I continued to scan the dayroom and I did not observe how inmate Stone was transported out of the housing unit. At this point I noticed inmate Ellis had already been escorted out of the housing unit; however, I did not observe who escorted him. This concludes my involvement in this incident.

PERNR#8888

| REPORTING EMPLOYEE T. Robinson | TITLE C/O | ASSIGNMENT 3B05 control booth | RDO S/S | DATE: 09/12/2018 |
|---|---|---|---|---|

| RVR LOG NUMBER: 000000005655351 | VIOLATED RULE NUMBER: 3005(d)(1) |
|---|---|

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

| PAGE | **1** | Of | **1** | INCIDENT LOG NUMBER |
|------|-------|-----|-------|---------------------|
| | | | | COR-03B-18-09-0877 |

| NAME: LAST | FIRST | MI |
|------------|-------|-----|
| ROBINSON | T | L |

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY: __ASAP__        RETURN TO: __LT A. RANDOLPH__

**NARRATIVE:**

In your CDCR 837-C you state, "I observed inmate Stone (F-53649, 3B05-149U) on top of inmate Ellis (C97801, 3B05-149L) striking inmate Ellis in the upper torso and facial area with his clenched fists. " Please provide additional information and describe how inmate Stone was on top of inmate

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT) | TITLE | REVIEWER SIGNATURE | DATE |
|--------------------------|-------|--------------------|----|
| A. RANDOLPH | LIEUTENANT | | 9/5/2018 |

DISTRIBUTION:  Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE **1** Of **1** | INCIDENT LOG NUMBER COR-03B-18-09-0877 |
| --- | --- |

| LAST ROBINSON | FIRST T | MI L |
| --- | --- | --- |

TYPE OF INFORMATION:
☐ CONTINUATION OF REPORT      ☐ CLARIFICATION OF REPORT      ☒ ADDITIONAL INFORMATION

NARRATIVE:

Question: In your CDCR 837-C you state, "I observed inmate Stone (F-53649, 3B05-149U) on top of inmate Ellis (C97801, 3B05-149L) striking inmate Ellis in the upper torso and facial area with his clenched fists." Please provide additional information and describe how inmate Stone was on top of inmate Ellis.

Answer: Inmate Stone was on top of inmate Ellis by straddling him.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C1

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # | DATE 9/5/2018 |
| --- | --- | --- | --- |
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) *A. Rowloch LT* | DATE RECEIVED 9/5/2018 | CLARIFICATION NEEDED ☐ YES  ☒ NO | APPROVED ☒YES ☐NO | DATE 9/5/2018 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

CRIME / INCIDENT REPORT                                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

| PAGE **2** Of **2** | INCIDENT LOG NUMBER COR-03B-18-09-0877 |
|---|---|

| NAME: LAST ROBINSON | FIRST T | | MI L |
|---|---|---|---|

TYPE OF INFORMATION:
☒ CONTINUATION OF REPORT          ☐ CLARIFICATION OF REPORT          ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

effect as both inmates Ellis and Stone stopped fighting, separated from each other, and assumed a prone position on the ground. I reloaded my 40mm launcher and scanned the dayroom for any additional threats. As responding staff arrived on scene I continued scanning the dayroom. Due to me scanning the dayroom I did not observe who restrained either of the involved inmates or whether a clothed body search was conducting. Medical staff were providing medical treatment to inmate Stone and I heard over the institutional radio the emergency response vehicle (ERV) was requested to 3B05. Upon the arrival of the ERV, staff from the Correctional Treatment Center (CTC) responding to inmate Stone's location. I continued to scan the dayroom and I did not observe how inmate Stone was transported out of the housing unit. At this point I noticed inmate Ellis had already been escorted out of the housing unit; however, I did not observe who escorted him. This concludes my involvement in this incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # | DATE 9/5/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED 9/5/2018 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 9/5/2018 |

DISTRIBUTION:  Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

| PAGE | 1 | Of | 2 | INCIDENT LOG NUMBER COR-03B-18-09-0877 |
|---|---|---|---|---|

| NAME:   LAST ROBINSON | FIRST T | MI L | DATE OF INCIDENT 9/5/2018 | TIME OF INCIDENT 1546 |
|---|---|---|---|---|

| POST # ▓▓▓▓ | POSITION 3B05 CONTROL | YEARS OF SERVICE ▓▓▓▓ | DATE OF REPORT 9/5/2018 | LOCATION OF INCIDENT 3B05 "C" SETION DAYROOM |
|---|---|---|---|---|

| RDO'S ▓▓▓ | DUTY HOURS 1400-2200 | DESCRIPTION OF CRIME / INCIDENT FIGHTING RESULTING IN THE USE OF FORCE | CCR SECTION / RULE 3005(d)(1)   ☐ N/A |
|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☒ Primary | | (S) STONE (F53649) |
| ☐ Responder | | (S) ELLIS (C97801) |
| ☐ Witness | | |
| ☐ Camera | | |
| ☐ Victim | | |
| ☐ Other: | | |

FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE   ☐ N/A

| | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deployed: |
|---|---|---|---|---|---|---|---|---|
| ☐ Physical: | ☐ Mini 14 | | | ☐ 37 mm | | ☐ OC | | |
| ☐ Hand-Held Baton | ☐ .38 Cal | | | ☒ 40 mm | 1 | ☐ CN | | |
| ☐ X-10 BRD w/o OC | ☐ .40 Cal | | | ☐ L8 | | ☐ CS | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A   ☐ Physical   ☐ Hand-Held Baton   ☐ Chemical Agent   ☐ X-10   ☐ Less Lethal   ☐ Lethal   ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY   ☒ N/A ☐ UNKOWN ☐ Other: | ☐ YES ☒ NO |

NARRATIVE: On Wednesday, September 5, 2018, at approximately 1546 hours, I was performing my duties as the 3B05 Control Booth Officer conducting dayroom recall when I heard a loud noise coming from "C" section. I scanned "C" section and between cells 148 and149 I observed inmate Stone (F-53649,3B05-149U) on top of inmate Ellis (C-97801,3B05-149L) striking inmate Ellis in the upper torso and facial area with his clenched fists. Inmate Ellis was striking back hitting inmate Stone in his upper torso and facial area with his clenched fists. I immediately yelled "Get Down!" and activated my personal alarm device.  The yard door was already open due to inmates returning back to the building from evening medication pass allowing responding staff to enter the building. I positioned myself at "C" section window transitioned from my state issued Mini 14 rifle to the less lethal 40mm launcher (serial#D22386). I raised the 40mm launcher to a point shoulder position and gave a direct order to stop fighting and "Get Down" with negative results. I made sure my floor staff was clear before I placed the barrel of the 40mm launcher through the window bars and aimed at Inmate Stone right upper thigh area (zone1) my intended target area.  From a distance of approximately 40 feet, I fired one 40mm Exact Impact round at my intended target. Due to the rapid movements of both inmates I was unable to determine were the round struck.  The discharge of the 40mm had the desired

☒ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE #/ ID.# ▓▓▓▓ | DATE 9/5/2018 |
|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED 9/5/2018 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 9/5/2018 |
|---|---|---|---|---|

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA

STATE OF CALIFORNIA · DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART B2 - STAFF
CDCR 837-B2 (Rev. 10/15)

PAGE 7 Of 7

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| COR | 03B - L4 SNY | COR-03B-18-09-0877A1 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| ROBINSON | T. | L | CORRECTIONAL OFFICER | M | |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| PRIMARY | ☑ Yes ☐ No | 40 MM | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| | | 3B05 CONTROL | | |

☑ N/A   DESCRIPTION OF INJURIES

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY    ☑ N/A DEATH

☐ REFUSED TREATMENT  ☐ TREATED AND RELEASE  ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| YANG | Y. | NMI | CORRECTIONAL OFFICER | M | |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| | | 3B05 FLOOR 2 | | |

☑ N/A   DESCRIPTION OF INJURIES

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY    ☑ N/A DEATH

☐ REFUSED TREATMENT  ☐ TREATED AND RELEASE  ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| | | B. | LICENSED VOCATIONAL NURSE | M | |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| OBSERVER, MED | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| | | 3B LVN | | |

☑ N/A   DESCRIPTION OF INJURIES

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY    ☑ N/A DEATH

☐ REFUSED TREATMENT  ☐ TREATED AND RELEASE  ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART B1 - INMATE
CDCR 837-B1 (Rev. 10/15)

PAGE 4 Of 7

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| COR | 03B - L4 SNY | COR-03B-18-09-0877A1 |

### INMATE (ENTIRE SHEET)

| NAME: LAST | | FIRST | | MI | CDCR # | GEN | ETHNICITY | DOB |
|---|---|---|---|---|---|---|---|---|
| ELLIS | | WAYNE | | R. | C-97801 | M | WHI | ████ |

| SECURITY LEVEL | CLASSIFICATION SCORE | CONTROL DATE TYPE | CONTROL DATE | DATE REC'D BY CDCR | DATE REC'D BY INST |
|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | | |

| HOUSING | PARTICIPANT TYPE | MHSDS LEVEL OF CARE |
|---|---|---|
| 3B05-149L | SUSPECT | CCCMS |

☐ N/A DESCRIPTION OF INJURIES

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

Abrasion/Scratch to left elbow; Bruise/Discolored Area, Swollen Area to facial area, back of head, left and right side of head; Reddened Area to right shoulder, left bicep, both knees, both hands, and left elbow.
1. Injury Location: FACE, Caused By: INMATE, Type of Force Caused Injury: Hands 2. Injury Location: HEAD, Caused By: INMATE, Type of Force Caused Injury: Hands 3. Injury Location: RIGHT SHOULDER, Caused By: INMATE, Type of Force Caused Injury: Hands 4. Injury Location: LEFT UPPER ARM, Caused By: INMATE, Type of

☐ N/A NAME/LOCATION OF HOSP/TREATMENT FACILITY   ☑ N/A DEATH

| ☐ REFUSED TREATMENT ☐ TREATED AND RELEASED ☑ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|
| ADMITTED TO THE CORRECTIONAL TREATMENT CENTER FOR OVERNIGHT OBSERVATION | | |

| NAME: LAST | | FIRST | | MI | CDCR # | GEN | ETHNICITY | DOB |
|---|---|---|---|---|---|---|---|---|
| STONE | | NICHOLAS | | S | F-53649 | M | WHI | ████ |

| SECURITY LEVEL | CLASSIFICATION SCORE | CONTROL DATE TYPE | CONTROL DATE | DATE REC'D BY CDCR | DATE REC'D BY INST |
|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | | |

| HOUSING | PARTICIPANT TYPE | MHSDS LEVEL OF CARE |
|---|---|---|
| 3B05-149U | SUSPECT | N/A |

☐ N/A DESCRIPTION OF INJURIES

IS THERE SERIOUS BODILY INJURY ☑ Yes ☐ No

LACERATION TO LEFT SIDE OF HEAD

SBI: CONCUSSION (LEFT FRONTOPARIETAL EPIDURAL HEMATOMA; REQUIRED SURGICAL INTERVENTION)
1. INJURY LOCATION: SCALP, CAUSED BY: STAFF, TYPE OF FORCE CAUSED INJURY: 40 MM

☐ N/A NAME/LOCATION OF HOSP/TREATMENT FACILITY   ☑ N/A DEATH

| ☐ REFUSED TREATMENT ☐ TREATED AND RELEASED ☑ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|
| ADVENTIST HEALTH BAKERSFIELD | | |

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

CRIME / INCIDENT REPORT
PART A1 - SUPPLEMENT
CDCR 837-A1 (Rev. 10/15)

| | PAGE 2 Of 7 | INCIDENT LOG NUMBER |
|---|---|---|
| | | COR-03B-18-09-0877A1 |

| INSTITUTION | FACILITY | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| COR | 03B - L4 SNY | 09/05/2018 | 15:46 |

TYPE OF INFORMATION:

☐ SYNOPSIS OF INCIDENT    ☐ SUPPLEMENTAL INFORMATION    ☑ AMENDED INFORMATION    ☐ CLOSURE REPORT

On Wednesday, September 05, 2018, at approximately 1546 hours, while monitoring the dayroom recall Correctional Officer T. Robinson, 3B05 Control, observed inmates Stone (F53649, 3B05 – 149U) and Ellis (C97801, 3B05 – 149L) striking each other with their fists on the 3B05 "C" section dayroom floor. Inmate Stone was straddling inmate Ellis striking him with his fists and inmate Ellis was on his back striking inmate Stone with his fists. Officer Robinson gave all inmates a direct order to get down and activated his personal alarm device. Officers M. Ortega and Y. Yang were the floor officers assigned to housing unit 3B05 were in "A" section when they heard the alarm. Both Officers Ortega and Yang responded to the "C" section dayroom and gave multiple orders for inmate Stone and Ellis to get down with negative results. All of the inmates on the dayroom floor assumed a prone position except for inmates Ellis and Stone who continued to strike each other. Officer Robinson gave both inmates an order to stop fighting yielding negative results. Officer Robinson utilized his state issued 40mm Direct Impact Launcher(D22386) and discharged one direct impact round aiming for inmate Stone's upper right thigh (zone one). Due to the rapid moments of both inmates the Officer Robinson was unable to determine where the round struck. Responding staff arrived and secured both inmates in restraints. Officer Yang placed inmate Stone in restraints and Officer C. Gonzales conducted a clothed body search with negative results for contraband. Officer Gonzales instructed inmate Stone to stand up and move to a dayroom table so medical can render him first aid. While assessing inmate Stone it was discovered he was inadvertently struck in the head with the direct impact round. It is unclear whether the round ricocheted or if it was a direct impact striking inmate Stone in the head. Medical staff requested the Emergency Response Vehicle (ERV) to report to the front of housing unit 3B05 to transport inmate Stone to the Correctional Treatment Center (CTC) for a higher level of care. Officer Gonzales escorted inmate Stone to CTC via the ERV.

Officer Ortega placed inmate Ellis in restraints and performed a clothed body search with negative results for contraband. Officer M. Perez escorted inmate Ellis from the 3B05 "C" section dayroom to the Facility 3B Program Office and secured him in holding cell number three. Officer Perez checked holding cell number three for contraband with negative results. Officer Perez secured inmate Ellis inside of the holding cell, removed the restraints, and completed an unclothed body search yielding negative results for contraband. Medical staff at CTC determined inmate Stone did not need a higher level of care and inmate Stone returned to Facility 3B at 1713 hours. A serious bodily injury chrono was submitted and returned by medical staff in CTC stating inmate Stone did not have any serious bodily injury  Inmate Ellis informed staff he considered inmate Stone an enemy of his and would not sign a compatibility Chrono. Inmate Ellis was sent to CTC for further medical evaluation via the ERV and was admitted overnight for observation purposes. Inmate Ellis claimed he lost consciousness during this incident, but it should be noted staff observed inmate Ellis fighting back and at no point did any staff members observe inmate Ellis lose consciousness. Upon being discharged from CTC inmate Ellis will be rehoused in Administrative Segregation Unit for enemy concerns with inmate Stone. Department of Adult Institutions Administrator of the Day, Office of the Inspector General, and Office of Internal Affairs were notified of this incident.

This report is a compilation of the involved staff's written and verbal reports. Refer to each Officer's individual 837-C staff written reports for a more detailed account of this incident.

SUSPECT(S):
Stone, F53649, White, Sensitive Needs Yard inmate, and is a not participant in the MHSDS at any level of care.

Ellis, C97801, White, Sensitive Needs Yard inmate, and is a participant in the MHSDS at the CCCMS level of care.

USE OF FORCE: Officer T. Robinson discharged one (1) round from his state issued 40MM to subdue an attacker and gain compliance with a lawful order.

☑ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| A. RANDOLPH | CORRECTIONAL LIEUTENANT | | |
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE | DATE |
| | | | 9/5/2018 |
| NAME OF WARDEN / AOD (PRINT / SIGN) | | TITLE | DATE |
| KEN CLARK | | WARDEN (A) | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

| PAGE 1 Of 1 | INCIDENT LOG NUMBER COR-03B-18-09-0877 |
|---|---|

| NAME: LAST PEREZ | FIRST M | MI R | DATE OF INCIDENT 9/5/2018 | TIME OF INCIDENT 1546 HOURS |
|---|---|---|---|---|

| POST # | POSITION 3B SEC PAT 3 | YEARS OF SERVICE | DATE OF REPORT 9/5/2018 | LOCATION OF INCIDENT 3B05"C" SECTION DAYROOM |
|---|---|---|---|---|

| RDO'S | DUTY HOURS 1400-2200 | DESCRIPTION OF CRIME / INCIDENT Fighting Resulting in the Use of Force. | CCR SECTION / RULE 3005 (d)(1)  ☐ N/A |
|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ Primary | SGT. A.FERNANDEZ(S) | ELLIS(V) C97801 |
| ☒ Responder | M.ORTEGA(S) | |
| ☐ Witness | | |
| ☐ Camera | | |
| ☐ Victim | | |
| ☐ Other: | | |

☒ N/A  FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE

| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deployed: |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| ☐ X-10 BRD w/ OC | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A  ☐ Physical  ☐ Hand-Held Baton  ☐ Chemical Agent  ☐ X-10  ☐ Less Lethal  ☐ Lethal  ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☒ YES ☐ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY  ☒ N/A ☐ UNKOWN ☐ Other: | ☐ YES ☒ NO |

NARRATIVE: On Wednesday September 05, 2018 at approximately 1546 hours while conducting my duties as 3b Facility Security Patrol Officer 3. I responded to an alarm in building 3B05 announced via intuitional radio. Upon arrival I observed inmate ELLIS (C97801 3B05-149L) in a prone position in the "C" section of the dayroom. Officer M. Ortega was placing handcuffs on inmate ELLIS and performed a clothed body search resulting in a negative result for contraband. I was instructed by Sergeant A. Fernandez to escort inmate ELLIS to the 3B Program Office. I placed inmate ELLIS in holding cell 3 and secured the holding cell with the state issued lock.  Prior to placing inmate ELLIS in the holding cell 3 I visually searched resulting in a negative result for contraband.  I removed the state issued handcuffs and proceed to conduct an unclothed body search resulting in a negative result for contraband. Once completing my unclothed body search of inmate ELLIS I started a holding cell log. This concludes my involvement in this incident.

M.Perez Pern#112764

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # | DATE 9/5/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) A. Randolph LT | DATE RECEIVED 9/5/18 | CLARIFICATION NEEDED ☑ YES ☐ NO | APPROVED ☑ YES ☐ NO | DATE 9/5/18 |

DISTRIBUTION:  Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

| PAGE **1** Of **1** | INCIDENT LOG NUMBER<br>COR-03B-18-09-0877 |
|---|---|

| LAST<br>PEREZ | FIRST<br>M | | MI<br>R |
|---|---|---|---|

TYPE OF INFORMATION:
☐ CONTINUATION OF REPORT          ☒ CLARIFICATION OF REPORT          ☐ ADDITIONAL INFORMATION

**NARRATIVE:** Question: Did I escort Inmate ELLIS to the Program Office.

Answer: As directed by Sgt. Fernandez I did escort Inmate ELLIS to the 3B program office prior to placing him in holding cell 3.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C1

| SIGNATURE OF REPORTING STAFF | TITLE<br>CORRECTIONAL OFFICER | BADGE # / ID #<br>91261/20614194 | DATE<br>9/8/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED<br>9/8/18 | CLARIFICATION NEEDED<br>☐ YES  ☒ NO | APPROVED<br>☐ YES  ☐ NO | DATE<br>9/8/18 |

DISTRIBUTION:  Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

| | | INCIDENT LOG NUMBER |
|---|---|---|
| PAGE  **1**   Of   **1** | | COR-03B-18-09-0877 |

| NAME:   LAST | FIRST | MI |
|---|---|---|
| PEREZ | M | R |

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY:  __ASAP__        RETURN TO:  __LT A. RANDOLPH__

NARRATIVE:

Q1.  In your CDCR 837-C you state, "I was instructed by Sergeant A. Fernandez to escort inmate Ellis to the 3B Program Office". Please clarify whether you actually escorted inmate Ellis to the 3B Program Office.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT) | TITLE | REVIEWER SIGNATURE | DATE |
|---|---|---|---|
| A. RANDOLPH | LIEUTENANT | | 9/5/2018 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
# PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

| PAGE **1** Of **2** | INCIDENT LOG NUMBER COR-03B-18-09-0877 |
|---|---|

| NAME: LAST GONZALES | FIRST C. | MI M. | DATE OF INCIDENT 9/5/2018 | TIME OF INCIDENT 1546 |
|---|---|---|---|---|

| POST # ~~████~~ | POSITION 3B SEC PAT 1 | YEARS OF SERVICE ~~████~~ | DATE OF REPORT 9/5/2018 | LOCATION OF INCIDENT 3B05 "C" SECTION DAYROOM |
|---|---|---|---|---|

| RDO'S ~~████~~ | DUTY HOURS 1400-2200 | DESCRIPTION OF CRIME / INCIDENT FIGHTING RESULTING IN THE USE OF FORCE | CCR SECTION / RULE 3005 (d)(1) | ☐ N/A |
|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|---|
| ☐ Primary | (S) Sgt. A. Fernandez | | (S) Stone F-53649 | 3B05-149U |
| ☒ Responder | (S) LVN R. David | | | |
| ☐ Witness | | | | |
| ☐ Camera | | | | |
| ☐ Victim | | | | |
| ☐ Other: | | | | |
| ☒ N/A | | | | |

FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE

| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deployed: |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | |
| | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| ☐ X-10 BRD w/o OC | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| | ☐ 9mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A | ☐ Physical | ☐ Hand-Held Baton | ☐ Chemical Agent | ☐ X-10 | ☐ Less Lethal | ☐ Lethal | ☐ Non-Conventional |
|---|---|---|---|---|---|---|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☒ N/A ☐ BODILY ☐ UNKOWN ☐ Other: | ☐ YES ☒ NO |

NARRATIVE: On Wednesday, September 5, 2018, at approximately 1546 hours I responded to an audible alarm in 3B05. Upon entering the building I observed inmate Stone F-53649 (3B05-149U) in the "C" Section Dayroom near cell 149. Stone was lying on his stomach in a prone position with his hands behind his back in handcuffs. There was blood on the ground near his head and on his face coming from a laceration on his head directly above his forehead. I responded to his location to assess him and possibly render first aid while waiting for medical staff to arrive. I asked Stone what happened to his head and he stated he was "shot with 40." Due to my training and experience I knew Stone was referring to the 40mm Launcher and an Exact Impact Munition. I instructed Stone to remain still while I conducted a clothed body search which yielded negative results for contraband. I asked Stone if he was able to stand and he replied "Yes." I instructed Stone to stand and directed him to sit at a nearby dayroom table so that responding medical staff could easily assess and treat his injury. I saw no other visible injuries on him at this time. Licensed Vocational Nurse (LVN) R. David was on scene and assessed Stone's injury. He notified the 3B Facility Sergeant, A. Fernandez, that the Emergency Response Vehicle (ERV) needed to be called at which time Sergeant A. Fernandez utilized his institutional radio and notified Central Control that Facility 3B was requesting the ERV to 3B05. LVN R. David had cleaned the laceration to Stone's head and bandaged it when the ERV arrived. I escorted Stone in the ERV to the Correctional Treatment Center (CTC) for further medical treatment. At CTC Stone received approximately 10

☒ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # ~~████~~ | DATE 9/5/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) A. Randolph Lt | DATE RECEIVED 9/5/18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 9/5/18 |

DISTRIBUTION: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C1 - SUPPLEMENT
CDCR 837-C1 (Rev. 10/15)

| PAGE | **2** | Of | **2** | INCIDENT LOG NUMBER COR-03B-18-09-0877 | |
|---|---|---|---|---|---|

| NAME: LAST GONZALES | FIRST C. | | MI M. |
|---|---|---|---|

TYPE OF INFORMATION:
☒ CONTINUATION OF REPORT      ☐ CLARIFICATION OF REPORT      ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

staples to close the laceration to his head. He was then monitored for approximately 30 minutes and released for escort back to Facility 3B. I escorted Stone back to his assigned cell, 3B05-149U with no further incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # | DATE 9/5/2018 |
|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED 9/5/18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 9/5/18 |
|---|---|---|---|---|

DISTRIBUTION: Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

| PAGE **1** Of **1** | INCIDENT LOG NUMBER |
|---|---|
| | COR-03B-18-09-0877 |

| LAST | FIRST | MI |
|---|---|---|
| GONZALES | C | M |

TYPE OF INFORMATION:
☐ CONTINUATION OF REPORT    ☒ CLARIFICATION OF REPORT    ☐ ADDITIONAL INFORMATION

NARRATIVE:

**Q1.** Please provide additional information and document whether you removed the restraints (handcuffs) from inmate Stone.

**A1.** Upon arriving to CTC, the handcuffs were removed from inmate Stone and were used to secure him to the gurney by placing one handcuff around his right wrist and one handcuff to the gurney. After Stone was medically cleared to return to 3B, I removed the handcuffs and had him place his hands behind his back, re-applying the handcuffs for escort back to the Facility. Once Stone was back inside his cell, utilizing the cuff port in the door, I removed the handcuffs from him.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # / ID.# | DATE |
|---|---|---|---|
| | CORRECTIONAL OFFICER | | 9/9/2018 |

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| A. Randolph LT | 9/9/18 | ☐ YES ☒ NO | ☒ YES ☐ NO | 9/9/18 |

DISTRIBUTION: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C2 - REVIEW NOTICE**
CDCR 837-C2 (Rev. 10/15)

| PAGE **1** Of **1** | INCIDENT LOG NUMBER<br>COR-03B-18-09-0877 |
|---|---|

| NAME: LAST<br>GONZALES | FIRST<br>C | MI<br>M |
|---|---|---|

Your Report Concerning The Above Referenced Incident Has Been Reviewed And The Following Information Is Required:

☐ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement clarifying the issues listed below:

☒ Prepare a CDCR 837-C1 Crime/Incident Report Part C1 - Supplement providing additional information regarding the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement clarifying the issues listed below:

☐ Prepare a CDCR 837-A1 Crime/Incident Report Part A1 - Supplement amending the information regarding the issues listed below:

DUE BY: __ASAP__          RETURN TO: __LT A. RANDOLPH__

**NARRATIVE:**

Please provide additional information and document whether you removed the restraints (handcuffs) from inmate Stone.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-C2

| NAME OF REVIEWER (PRINT)<br>A. RANDOLPH | TITLE<br>LIEUTENANT | REVIEWER SIGNATURE | DATE<br>9/5/2018 |
|---|---|---|---|

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART B2 - STAFF
CDCR 837-B2 (Rev. 10/15)

PAGE 6 Of 7

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| COR | 03B - L4 SNY | COR-03B-18-09-0877A1 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| GONZALES | C | M | CORRECTIONAL OFFICER | F | |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| | | 3B SEC PAT 1 | | |

☑ N/A   DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY  ☐ Yes  ☑ No

| ☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY | ☑ N/A   DEATH |  |
|---|---|---|
| ☐ REFUSED TREATMENT  ☐ TREATED AND RELEASE  ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| ORTEGA | M. | M. | CORRECTIONAL OFFICER | M | |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| | | 3B05 FLOOR 1 | | |

☑ N/A   DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY  ☐ Yes  ☑ No

| ☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY | ☑ N/A   DEATH |  |
|---|---|---|
| ☐ REFUSED TREATMENT  ☐ TREATED AND RELEASE  ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| PEREZ | M | R | CORRECTIONAL OFFICER | M | |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| | | 3B SEC PAT 3 | | |

☑ N/A   DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY  ☐ Yes  ☑ No

| ☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY | ☑ N/A   DEATH |  |
|---|---|---|
| ☐ REFUSED TREATMENT  ☐ TREATED AND RELEASE  ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDCR 837-C (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE 1 Of 2 | INCIDENT LOG NUMBER COR-03B-18-09-0877 |
|---|---|

| NAME: LAST FERNANDEZ | FIRST A | MI J | DATE OF INCIDENT 9/5/2018 | TIME OF INCIDENT 1546 HOURS |
|---|---|---|---|---|

| POST # ~~████~~ | POSITION 3B PROGRAM SERGEANT | YEARS OF SERVICE ~~████~~ | DATE OF REPORT 9/6/2018 | LOCATION OF INCIDENT 3B05 "C" SECTION DAYROOM | |
|---|---|---|---|---|---|

| RDO'S ~~███~~ | DUTY HOURS 1400-2200 | DESCRIPTION OF CRIME / INCIDENT Fighting Resulting in the Use of Force | CCR SECTION / RULE ☐ N/A 3005 (d)(1) |
|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ Primary | (S) C/O Y. Yang | (S) Stone F53649 |
| ☒ Responder | (S) C/O T. Robinson | (S) Ellis C97801 |
| ☐ Witness | (S) C/O C. Gonzales | |
| ☐ Camera | (S) C/O M. Perez | |
| ☐ Victim | | |
| ☐ Other: | | |

**FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE**

☒ N/A

| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deployed: |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| ☐ X-10 BRD w/ OC | ☐ 9mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A ☐ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☐ NO | ☒ N/A WEDNESDAY OL | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKOWN ☐ Other: | ☐ YES ☒ NO |

NARRATIVE: On Tuesday, September 5, 2018, at approximately 1546 hours, while performing my duties as 3B Program Sergeant, I heard an announcement on my institutional radio of an alarm sounding in building 3B05. I immediately responded from the program office. As I was responding across the yard I heard another announcement of a one on one fight in "C" Section Dayroom. I entered the housing and responding to the incident area. As I approached the area I observed two inmates on the ground in prone position in restraints (handcuffs). Inmates were later identified as Stone F53649, 3B05-149U and Ellis C97801, 3B05-149L. Correctional Officer C. Gonzales was assisting Stone to his feet and escorted him to a table for medical treatment. During the evaluation medical staff determined the need for higher medical care and I called for the Emergency Response Vehicle (ERV) via institutional radio. I instructed Correctional Officer C. Gonzales to escort Stone to the Correctional Treatment Center (CTC). I instructed Correctional Officer M. Perez to escort Ellis to the program office.

I spoke with Correctional Officer Y. Yang for information about the incident. I was informed Stone and Ellis started fighting outside their cell and Correctional Officer T. Robinson utilized his state issued 40mm

☒ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C.1

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL SERGEANT | BADGE # / ID # ~~████~~ | DATE 9/6/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) LT. A .RANDOLPH | DATE RECEIVED | CLARIFICATION NEEDED ☐ YES ☐ NO | APPROVED ☐ YES ☐ NO | DATE |

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE **2** Of **2** | INCIDENT LOG NUMBER<br>COR-03B-18-09-0877 | |
|---|---|---|
| NAME:   LAST<br>FERNANDEZ | FIRST<br>A | MI<br>J |

| TYPE OF INFORMATION: | | |
|---|---|---|
| ☒ CONTINUATION OF REPORT | ☐ CLARIFICATION OF REPORT | ☐ ADDITIONAL INFORMATION |

**NARRATIVE:**

Launcher to quell the incident. The discharged round and casing were collected for replacement by Central Control.

Medical staff completed a Medical Report of Injury or Unusual Occurrence on inmate Ellis and determined he needed a higher level of care. I called for the ERV and Ellis was taken to the CTC.

I interviewed Stone and Ellis for possible enemy concerns on the facility. Inmate Stone said he could safely program on the facility. Inmate Ellis expressed enemy concerns with Stone and refused to sign a Compatibility Chrono. Inmate Ellis was rehoused in Administrative Segregation.

This concludes my involvement in this incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE<br>CORRECTIONAL SERGEANT | BADGE # / ID # | DATE<br>9/6/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE)<br>LT. A .RANDOLPH | DATE RECEIVED | CLARIFICATION NEEDED<br>☐ YES ☐ NO | APPROVED<br>☐ YES ☐ NO | DATE |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA                         DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
# PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

| PAGE **1** Of **2** | INCIDENT LOG NUMBER COR-03B-18-09-0877 |
|---|---|

| NAME: LAST ARISCO | FIRST A | MI M | DATE OF INCIDENT 9/5/2018 | TIME OF INCIDENT 1546 |
|---|---|---|---|---|

| POST # ~~████~~ | POSITION ISU 2 | YEARS OF SERVICE ~~████~~ | DATE OF REPORT 9/8/2018 | LOCATION OF INCIDENT 3B05 "C" SECTION DAYROOM |
|---|---|---|---|---|

| RDO'S ~~████~~ | DUTY HOURS VARY | DESCRIPTION OF CRIME / INCIDENT Fighting Resulting in the Use of Force | CCR SECTION / RULE 3005(d)(1)    ☐ N/A |
|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|---|---|
| ☐ Primary | | | | (S) Stone F53649 |
| ☒ Responder | | | | (S) Ellis C97801 |
| ☐ Witness | | | | |
| ☐ Camera | | | | |
| ☐ Victim | | | | |
| ☐ Other: | | | | |

☒ N/A      FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE

| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deployed: |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A   ☐ Physical   ☐ Hand-Held Baton   ☐ Chemical Agent   ☐ X-10   ☐ Less Lethal   ☐ Lethal   ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☒ YES | AA01- One Compact Disc containing digital photographs. | Submitted into ISU Sub-Evidence Room, Locker # 6. | ☐ YES | ☐ YES |
| ☐ NO | ☐ N/A | ☐ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY    ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ Other: | |

NARRATIVE:

On Wednesday, September 5, 2018, at approximately 1600 hours, California State Prison-Corcoran (CSP-COR) Investigative Services Unit (ISU) was contacted by Facility 3B, due to an inmate being struck in the head with a 40mm impact round. I was advised that inmate Stone, F53649, was involved in a one on one (1 on 1) fight with inmate Ellis, C97801. During the fight, inmate Stone was struck in the head with a 40mm impact round.

I reported to the Correctional Treatment Center (CTC) and made contact with inmate Stone. Inmate Stone stated he was good to go back to the yard and had no additional injuries. He did not wish to make any additional comments. I took evidentiary photographs and terminated the interview.

I returned to the ISU Office to further process the evidence I collected.

☒ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE ISU OFFICER | BADGE # / ID # ~~████~~ | DATE 9/6/2018 |
|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) A. Randolph LT | DATE RECEIVED 9/6/18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 9/6/18 |
|---|---|---|---|---|

DISTRIBUTION: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA                  DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
# PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

| | | |
|---|---|---|
| PAGE **1** Of **2** | INCIDENT LOG NUMBER COR-03B-18-09-0877 | |

| NAME: LAST YANG | FIRST Y. | MI NMI | DATE OF INCIDENT 9/5/2018 | TIME OF INCIDENT 1546 |
|---|---|---|---|---|

| POST # | POSITION 3B05 FLR 2 | YEARS OF SERVICE | DATE OF REPORT 9/5/2018 | LOCATION OF INCIDENT 3B05 C SECTION DAYROOM |
|---|---|---|---|---|

| RDO'S | DUTY HOURS 1400-2200 | DESCRIPTION OF CRIME / INCIDENT Fighting Resulting in the Use of Force | CCR SECTION / RULE 3005(d)(1) | ☐ N/A |
|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|---|
| ☐ Primary | (S) C/O T. Robinson | | (S) Stone, F53649 | |
| ☒ Responder | (S) C/O M. Ortega | | (S) Ellis, C97801 | |
| ☐ Witness | (S) C/O C. Gonzales | | | |
| ☐ Camera | (S) SGT. A. Fernandez | | | |
| ☐ Victim | | | | |
| ☐ Other: | | | | |

| ☒ N/A | FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Physical | Lethal Weapons: | Warning | Effect | Less Lethal Weapons: | # Effect | Chemical Agent: | Projector | #Deployed |
| ☐ Hand-Held Baton | ☐ Mini-14 | | | ☐ 37 mm | | ☐ OC | | |
| ☐ X-10 BRD w/o OC | ☐ 38 Cal ☐ 40 Cal | | | ☐ 40 mm ☐ L8 | | ☐ CN | | |
| ☐ X-10 BRD w/ OC | ☐ 9 mm ☐ Shotgun | | | ☐ 40 mm Multi ☐ HFWRS | | ☐ CS | | |
| | ☐ Non-Conventional or Force Not Listed Above: | | | | | | | |

| FORCE OBSERVED BY YOU | ☐ N/A ☐ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☒ Less Lethal ☐ Lethal ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PRE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKOWN ☐ Other: | ☐ YES ☒ NO |

NARRATIVE: On Wednesday, September 5, 2018, at approximately 1546 hours, while performing my duties as 3B05 Floor Officer #2, I was standing near A and B Section stairs observing the lockup of dayroom recall. I was scanning A Section of the dayroom when I suddenly heard the alarm in the building go off and then I heard Control Booth Officer T. Robinson yelled, "Get down! Get down."

I immediately scanned A Section of the dayroom floor to C Section and saw all inmates proned out except two combatants in a mutual fight in front of cell 149 later identified as inmate(s) Stone (F53649, 3B05-149U) and Ellis (C97801, 149L). Stone was sitting on top of Ellis throwing punches with closed fists in a downward motion striking Ellis in the facial and upper torso area. Ellis was on his back punching Stone with closed fists in an upward motion striking Stone on the facial and upper torso area.

Officer M. Ortega and I immediately responded to C Section and yelled, "Get down!" multiple times with negative results as both combatants continued to strike each other in the facial and upper torso area with closed fists. I heard Control Booth Officer Robinson yelled, "Get down!" I looked up and saw that Control Booth Officer Robinson had the muzzle of the 40MM pointed out the window and heard a loud "Bang!"

☒ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # | DATE 9/5/2018 |
|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) SGT. A. FERNANDEZ | DATE RECEIVED 9/5/2018 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 9/5/2018 |
|---|---|---|---|---|

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

PAGE **2** Of **2**

INCIDENT LOG NUMBER
COR-03B-18-09-0877

| NAME: LAST YANG | FIRST Y. | MI NMI |
|---|---|---|

| TYPE OF INFORMATION: | | |
|---|---|---|
| ☒ CONTINUATION OF REPORT | ☐ CLARIFICATION OF REPORT | ☐ ADDITIONAL INFORMATION |

**NARRATIVE:**

With the Exact Impact round's speed and velocity, I did not see where the round struck but saw that it was effective as both combatants stopped fighting immediately. Stone got off of Ellis and proned out near cell 150 while Ellis turned and proned near cell 148.

As responding staff arrived, I approached inmate Stone and ordered him to place his hands behind his back to which he complied. I placed handcuffs on Stone and at that point, Officer C. Gonzales conducted a clothed body search with negative results for dangerous contraband.

I scanned the dayroom floors of C Section and found the Exact Impact round lying near the table. I retrieved the round and placed it in my right pocket. I advised Sergeant A. Fernandez of my findings and relinquished the Exact Impact round to him.

Medical Staff arrived and evaluated Stone as it appeared that he had a laceration on top of his head. Sergeant Fernandez called for the Emergency Response Vehicle (ERV) to respond to the front of 3B05 via the Institutional Radio. The ERV arrived and Stone was placed on the gurney. Stone was escorted out of the building without further incident. This concludes the involvement of this report.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # | DATE 9/5/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) SGT. A. FERNANDEZ | DATE RECEIVED 9/5/2018 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 9/5/2018 |

DISTRIBUTION:  Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

| | | |
|---|---|---|
| PAGE **1** Of **1** | | INCIDENT LOG NUMBER COR-03B-18-09-0877 |

| NAME: LAST ORTEGA | FIRST M | MI M | DATE OF INCIDENT 9/5/2018 | TIME OF INCIDENT 1546 HOURS |
|---|---|---|---|---|

| POST # | POSITION 3B05 FLOOR 1 | YEARS OF SERVICE | DATE OF REPORT 9/5/2018 | LOCATION OF INCIDENT 3B05 "C" SECTION DAYROOM |
|---|---|---|---|---|

| RDO'S | DUTY HOURS 1400-2200 | DESCRIPTION OF CRIME / INCIDENT Fighting resulting in Use of Force | CCR SECTION / RULE 3005 (d) (1) | ☐ N/A |
|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ Primary | (s) C/O Robinson, T AL | (s) Ellis C97801 |
| ☒ Responder | (s) Yang, Y AL | (s) Stone F53649 |
| ☐ Witness | (s) C/O Perez, M AL | |
| ☐ Camera | (s) SGT Fernandez, A AL | |
| ☐ Victim | | |
| ☐ Other: | | |

☒ N/A   FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE

| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deployed: |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | ☐ OC | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ CN | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ 9 mm | | | ☐ 40 mm Multi | | | | |
| | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A ☐ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKOWN ☐ Other: | ☐ YES ☒ NO |

NARRATIVE: On Wednesday September 5, 2018 at approximately 1546 hours while conducting my duties as 3B05 Floor Officer #1, during the recall of building 3B05 dayroom, I heard Control Booth Officer T. Robinson order the dayroom to "Get Down" and activated his personal alarm. I was scanning the dayroom and observed all the inmates in the dayroom in a prone position except for two (2) inmates in front of cell 149 later identified as inmate Ellis (C97801, 3B05-149L) and inmate Stone (F53649, 3B05-149U). Stone was on top of Ellis striking him with his fists in the upper torso and facial area, Ellis was striking Stone with his fists in the upper torso and facial area. Correctional Officer Y. Yang and I ordered both Stone and Ellis to get down with negative results, Officer Robinson fired one (1) round from his state issued 40mm less lethal launcher, however due to the speed and velocity of the exact impact round I was unable to see where the round landed. The 40mm had its desired effect as inmates Stone and Ellis proned out, Stone proned out in front of cell 150 and Ellis proned out in front of cell 148. I placed Ellis in handcuffs and conducted a clothed body search with negative results for contraband. Correctional Sergeant (SGT) A. Fernandez instructed Correctional Officer M. Perez to escort Ellis out of building 3B05 to the Program Office. This concludes my involvement in this incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # | DATE 9/5/2018 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) *Arudoph LT* | DATE RECEIVED 9/5/18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO   DATE 9/5/18 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

| | PAGE **2** Of **2** | INCIDENT LOG NUMBER COR-03B-18-09-0877 |
|---|---|---|

| NAME: LAST ~~ARISCO~~ | FIRST ~~MA~~ | MI M |
|---|---|---|

TYPE OF INFORMATION:
☒ CONTINUATION OF REPORT      ☐ CLARIFICATION OF REPORT      ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

<u>The following is a detailed description of the photographs I took:</u>

Frame 01: Overall view of inmate Stone with ISU Lead Card.
Frame 02: Overall view of inmate Stone.
Frame 03: Midrange view focusing on wound on top of inmate Stone's head.
Frame 04: Close up view focusing on wound on top of inmate Stone's head.

I downloaded the photographs I took on to a compact disc and labeled the disc evidence item AA01. I submitted evidence item AA01 into ISU Sub-Evidence Room, Locker #6.

This concludes my involvement in this incident until further information is revealed.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE **ISU OFFICER** | BADGE # / ID # | DATE 9/6/2018 |
|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED 9/6/18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 9/6/18 |
|---|---|---|---|---|

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**

| CDCR 837-A1 (Rev. 10/15) | PAGE 3 Of 7 | INCIDENT LOG NUMBER COR-03B-18-09-0877A1 | |
|---|---|---|---|
| INSTITUTION COR | FACILITY 03B - L4 SNY | INCIDENT DATE 09/05/2018 | INCIDENT TIME 15:46 |

TYPE OF INFORMATION:

☐ SYNOPSIS OF INCIDENT      ☐ SUPPLEMENTAL INFORMATION      ☑ AMENDED INFORMATION      ☐ CLOSURE REPORT

**ESCORTS:** Officer M. Perez escorted inmate Ellis from the 3B05 "C" section dayroom to the Facility 3B Program Office and secured him in holding cell number three. Officer C. Gonzales escorted inmate Stone from the 3B05 to CTC via the ERV.

**CRIME SCENE/EVIDENCE:** Officer Arisco collected photographic evidence and returned to the ISU Office and downloaded all the digital photographs onto a compact disc and labeled it evidence item AA01. Officer Arisco processed AA01 into the ISU Sub - Evidence Room.

**MEDICAL/MENTAL HEALTH EVALUATIONS/TREATMENT:** Licensed Vocational Nurse (LVN) R. David completed a CDCR-7219 Report of Injury/Unusual Occurrence on inmate Ellis noting the following injuries: Abrasion/Scratch to left elbow; Bruise/Discolored Area, Swollen Area to facial area, back of head, left and right side of head; Reddened Area to right shoulder, left bicep, both knees, both hands, and left elbow.
Licensed Vocational Nurse (LVN) R. David completed a CDCR-7219 Report of Injury/Unusual Occurrence on inmate Stone noting the following injuries: Laceration to the left side of head

**NOTIFICATIONS:** All appropriate Administrative staff, Department of Adult Institutions Administrator of the Day, Office of the Inspector General, and Office of Internal Affairs were informed of this incident, the news media was not. This incident will not be referred to the Kings County District Attorney's Office for prosecution.

**CONCLUSION:** This appears to be an isolated incident. There were no injuries to staff or other inmates as a result of this incident. Inmate Stone and Ellis will receive a Rules Violation Report (RVR) for violating California Code of Regulations (CCR), Title 15, Section 3005 (d)(1), for the specific act of "Fighting."

You will be apprised of any additional information via supplemental reports.

The Current Amendment Record Number is COR-03B-18-09-0877A1 Created on 09/08/2018 to address additional information

Additional Information: The original altercation for which a SBI chrono was requested occurred at approximately 1546 on 09/05/18. Inmate Stone was seen in the Triage Treatment Area (TTA) by the doctor on duty and cleared for return to the yard. The SBI chrono was completed at 1903 with no SBI indicated.

Inmate Stone was brought back to the TTA at 2121 with complaints of dizziness and ringing in his ears. Inmate Stone was noted to have nausea and lethargy by the TTA Registered Nurse but was in stable condition. The on call doctor was contacted and Stone was then transferred out priority 2 to Adventist Health Bakersfield for further diagnostic testing and evaluation.

After review of the Adventist Health Bakersfield medical record today, 09/06/2018 at 1330, the SBI chrono has been updated and revised indicating inmate Stone received a concussion (Left frontoparietal epidural hematoma; required surgical intervention).

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE) | TITLE CORRECTIONAL LIEUTENANT | ID # | BADGE # |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE | DATE: 9/5/2018 |
| NAME OF WARDEN / AOD (PRINT / SIGN) KEN CLARK | | TITLE WARDEN (A) | DATE |

STATE OF CALIFORNIA
**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | | DATE |
|---|---|---|---|
| CSP CoR | 3B05 | | 9/5/18 |

REASON FOR REPORT  ☐ ALLEGATION   ☐ ON THE JOB INJURY   ☒ USE OF FORCE   ☒ INJURY   ☐ OTM RETURNS
☒ UNUSUAL OCCURRENCE   ☐ PRE AD/SEG ADMISSION   ☐ R&R   ☐ OTHER

| NAME   LAST | FIRST | CDCR NUMBER | PERNR / INST. ID # | VISITOR ID # (SOMS) |
|---|---|---|---|---|
| STONE | NICHOLAS | F53649 | N/A | N/A |

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
|---|---|---|---|---|---|
| 3B05 | 9/5/18 | 1546 | 1555 | ERV CALLED | N/A |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE     1555

"No Comment"

| INJURIES FOUND? | YES | NO |
|---|---|---|
| Abrasion/Scratch | | 1 |
| Active Bleeding | | 2 |
| Broken Bone | | 3 |
| Bruise/Discolored Area | | 4 |
| Burn | | 5 |
| Dislocation | | 6 |
| Dried Blood | | 7 |
| Fresh Tattoo | | 8 |
| Cut/Laceration/Slash | (9) | |
| Swollen Area | | 10 |
| Pain | | 11 |
| Protrusion | | 12 |
| Puncture | | 13 |
| Reddened Area | | 14 |
| Skin Flap | | 15 |
| Pre-Existing | | 16 |
| Other  40mm | (17) | |
| | | 18 |

| Chemical Agent Exposure? | YES | (NO) |
|---|---|---|
| Chem. Agent Exposure Area | EX | |

Decontaminated w/ Water?
YES / NO / REFUSED

Decontaminated w/ Air?
YES / NO / REFUSED

Self-decontamination
Instructions given ?   YES  (NO)

Staff issued
Exposure packet ?   YES / (NO)

Q 15 min. check times

| Initial | 1st Check |
|---|---|
| N/A | N/A |
| 2nd Check | Final |
| N/A | N/A |

TIME/DISPOSITION   1600
_Sent to TTA via ERV for eval_

REPORT COMPLETED BY/TITLE (PRINT AND SIGN)
K. DAVID

| PERNR / INST. ID # | RDOs | ASSIGNMENT AREA |
|---|---|---|
| 2D604255 | SUN/MON | 3B#1 |

Right

Left    9    APPROX.
        17   4cm

Front

Back

We the following about this due sign under *the forward is*
penalty of perjury & to the best of ~~our~~ knowledge ~~that the forward~~

① Did you seen I/M Stone standing while addicent [ ] [ ]
Yes   NO

② Did you hear c/o Robertson yell get dow while Addicent ~~our~~ [ ] [ ]
Y   N

③ etz / etc

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART B2 - STAFF
CDCR 837-B2 (Rev. 10/15)

| | |
|---|---|
| | PAGE 5 Of 7 |

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| COR | 03B - L4 SNY | COR-03B-16-09-0877A1 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| RANDOLPH | A. | A. | CORRECTIONAL LIEUTENANT | M | |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| INCIDENT COMMANDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| | | 3B FAC LT | | |

☑ N/A   DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY  ☐ Yes ☑ No

☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY    ☑ N/A   DEATH

| ☐ REFUSED TREATMENT  ☐ TREATED AND RELEASE  ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|
| | | |

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| FERNANDEZ | A. | J. | CORRECTIONAL SERGEANT | M | |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| | | 3B PROGRAM SERGEANT | | |

☑ N/A   DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY  ☐ Yes ☑ No

☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY    ☑ N/A   DEATH

| ☐ REFUSED TREATMENT  ☐ TREATED AND RELEASE  ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|
| | | |

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| ARISCO | A. | M. | CORRECTIONAL OFFICER | M | |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☑ Yes ☐ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| | | ISU 2 | | |

☑ N/A   DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY  ☐ Yes ☑ No

☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY    ☑ N/A   DEATH

| ☐ REFUSED TREATMENT  ☐ TREATED AND RELEASE  ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
|---|---|---|
| | | |

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART A - COVER SHEET
CDCR 837-A (Rev. 10/15)

| PAGE 1 Of 7 | INCIDENT LOG NUMBER | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| | COR-03B-18-09-0877A1 | 09/05/2018 | 15:46 |

| INSTITUTION | FACILITY | FACILITY LEVEL | INCIDENT SITE | LOCATION | PROGRAM | AD SEG | USE OF FORCE |
|---|---|---|---|---|---|---|---|
| COR | 03B - L4 SNY | LEVEL IV | 3B05 | "C" SECTION DAYROOM | SNY | N/A | ☑ Yes ☐ No |

| SPECIFIC CRIME / INCIDENT | CCR / PC / N/A NUMBER / SUBSECTION |
|---|---|
| Force or Violence - Fighting Resulting In the Use of Force | ☑ CCR ☐ PC ☐ N/A 3005-d1 Force or Violence |

| D.A. REFERRAL ELIGIBLE | CRISIS RESPONSE TEAM ACTIVATED | MUTUAL AID | PIO / AA NOTIFIED |
|---|---|---|---|
| ☐ Yes ☑ No | ☐ Yes ☑ No | ☐ Yes ☑ No | ☑ Yes ☐ No |

| DEATH AND CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY |
|---|---|---|
| ☑ N/A | ☑ N/A | ☑ N/A |

| SERIOUS BODILY INJURY | INMATE WEAPONS | FORCE USED |
|---|---|---|
| ☑ N/A | ☐ N/A  1. Weapon Type: Hands | ☐ N/A  1. 40 MM - DIRECT IMPACT SPONGE ROUND  #Warning: 0, #Effect: 1 |

**ESCAPES**
☑ N/A

| CONTROLLED SUBSTANCE | WEIGHT/ In Grams | EXTRACTION | EXCEPTIONAL ACTIVITY |
|---|---|---|---|
| ☑ N/A | | ☑ N/A | ☑ N/A |

BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES)

On Wednesday, September 05, 2018, at approximately 1546 hours inmates Stone (F53649, 3B05 – 149U) and Ellis (C97801, 3B05 – 149L) were observed striking each other with their fists on the 3B05 "C" section dayroom floor.

COMPLETE SYNOPSIS / SUMMARY ON CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| A. RANDOLPH | CORRECTIONAL LIEUTENANT | | |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. INCIDENT SITE | DATE |
|---|---|---|
| | | 9/5/2018 |

| NAME OF WARDEN /AOD (PRINT / SIGN) | TITLE | DATE |
|---|---|---|
| KEN CLARK | WARDEN (A) | |

a. Luna
P-15021



SPECIFIC ACT:  Fighting

| CLASSIFICATION | |
| --- | --- |
| LEVEL:  Serious | OFFENSE DIVISION:  Division D |
| REFERRED TO:  Senior Hearing Officer | FELONY PROSECUTION LIKELY:  No |

| REVIEWING SUPERVISOR<br>A. Fernandez | TITLE<br>Sergeant | DATE<br>09/12/2018 |
| --- | --- | --- |

| CLASSIFIED BY<br>P. Hurlbut | TITLE<br>LIEUTENANT | DATE<br>09/12/2018 |
| --- | --- | --- |

CDCR SOMS ISST120 - RULES VIOLATION REPORT

Health Care Services Reports.

Health Care Services Reports will began with a red marking in top left corner and will end with marking in top left corner.

It will include the Following reports by.

1st medical incounter by medical Staff onsite R. David LVN.
1st treatment by Dr. Ramadan.
2nd treatment and higher level of Care when Sent out to outside Hospital Bakersfield Advantce Hospital. Treatment, procudre, Finding.
Dr. Imad Abumeri Surgeon report, treatment, defects.
Marcun Brett RN. treatment when returned from outsid hospital
Flores Corazon RN. treatment or lacof when returned from outside hospital
Nacor Catherine RN. treatment or lacof when returned from outside hospital.




**COR - California State Prison, Corcoran**
4001 King Avenue
Corcoran, CA 93212-

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

**Patient:** **STONE, NICHOLAS SCOTT**
DOB/Age/Sex: 3/5/1984   34 years   Male
Encounter Date: 9/10/2018
Attending: Ramadan,Amr P&S

CDCR #: F53649
PID #: 11581342
Referring:

---

### *History and Physical Reports*

---

Document Type:                    History and Physical
Document Subject:                 Admission H & P
Service Date/Time:                9/11/2018 14:01 PDT
Result Status:                    Auth (Verified)
Perform Information:              Aye,Khin P&S (9/11/2018 14:20 PDT)
Sign Information:                 Aye,Khin P&S (9/11/2018 14:20 PDT)
Authentication Information:       Aye,Khin P&S (9/11/2018 14:20 PDT)

**Chief Complaint**
Traumatic Epidural Hematoma
Patient was admitted by Dr.Ramadan last night for the complaints of dizziness after coming
back from the Adventist health Hospital in Bakersfield.
He is status post craniotomy and evacuation of epidural hematoma.

**History of Present Illness**
Patient was involved in altercation on 9/5/18 and he was short with rubber bullet to the
head.
**Please refer to the progress notes of Dr. Ramadan dated 9/5/18:**
Chief Complaint
Laceration to head from altercation
History of Present Illness
Sustained scalp laceration about 15 minutes prior to arrival to the TTA. Got hit by 40
soft rubber coated projectile. Patient gives no other complaints or any other injuries. [1]

Called by the TTA nurse on 9 9/5/2018 and 2125. Patient is complaining about nausea
vomiting and headache which is getting worse. Patient was hit in the scalp by a non-liter 40
mm round. Patient is being transferred a higher level of care. Patient was placed on
neurochecks and on monitor till he was transferred [2]

According to the discharge summary from Adventist health Bakersfield this is a 34 year old
male who was hit by rubber bullet to the head. He was admitted at AHB hospital for the
complaints of vomiting and headaches. CT scan of the head showed left frontal epidural
hematomameasuring7 x 2 cm associated with 7 mm midline shift. CT cervical spine was
negative.
Dr. Abumeri neurosurgeon was contacted and patient went for emergency surgery on
September 6, 2018. He underwent left frontoparietal craniotomy and evacuation of epidural
hematoma.
Patient was given Keppra for seizure prophylaxis. He had a repeat CT scan after the
surgery and it showed some residual subdural blood and midline shift to was a right but
without any new areas of bleeding. patient did well after the surgery. Patient was tolerating
diet and ambulating on his own. He has mild headaches.
Patient is cleared to discharge and sutures may be removed in 10 days. Patient to
follow-up with Dr. Abumeri in four weeks and have a repeat CT scan of head done before
the FU appointment.
Last night he was discharged from the Adventist health Hospital and on arrival he claimed

**Problem List/Past Medical History**
Ongoing
  Gastritis
  Hep C w/o coma, chronic
  Immunization due
  Preop examination

**Procedure/Surgical History**
Incision and drainage of abscess (eg,
carbuncle, suppurative hidradenitis, cutaneous
or subcutaneous abscess, cyst, furuncle, or
paronychia); complicated or multiple
(03/08/1984).

**Medications**
Inpatient
  acetaminophen, 650 mg, 2 tab, Oral, QID,
  PRN
  Keppra, 1000 mg, 1 tab, Oral, BIDAM+PM
  omeprazole, 20 mg, 1 cap, Oral, Daily
  Tylenol with Codeine #3 oral tablet, 1 tab,
  Oral, TID, PRN
Home
  No active home medications

**Allergies**
diphenhydrAMINE
fluconazole
guaiFENesin

**Social History**
IVDA

**Family History**
none given

---

Report Request ID:   12043328                          Print Date/Time:   10/16/2018 10:20 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Neurosurgery Procedure

STONE, NICHOLAS - 043-256-63

* Final Report *

## Implants
Implant Type:  Implant [1]
Description of Implant or Tissue:  Plate Craniofacial 2 Hole w/Tab Universal Neuro III [1]
Implant Catalog Number:  53-34212 [1]

## Complications
None.

## Drains
None.

## Technique
74-year-old right-handed inmate was apparently struck by rubber bullet to the left frontal area, sustained a left frontal curvilinear laceration which was sutured and the prison infirmary.  Because persistent of headache and dizziness patient was transferred to our hospital for evaluation.  He had a CT scan of the head without contrast in the emergency room which show large left frontoparietal epidural hematoma measuring approximately 7.2 x 2.2 cm associated with midline shift left to right approximately 7 mm; also noted small left frontal intraparenchymal hematoma.  Patient was awake, following command without motor deficit with Glasgow Coma Scale 15.  Patient was recommended stat left craniotomy for evacuation of this large epidural hematoma.  Risk and benefit were discussed with the patient in details early morning in the emergency room in presence of the nursing staff.
 Risks include but not limited to infection, hemorrhage, CSF leak, cerebral stroke, seizure and/or status epilepticus, cranial nerves deficit, loss of speech, cognitive function deficiency, need for further surgery, cardiopulmonary complications and death.  Patient signed informed consent and wished to proceed.
Patient was brought to the operating room, intubated orally by anesthesiology, IV and Foley catheter were inserted.  Patient was giving 1 g of vancomycin for prophylaxis.  He was positioned supine on the operating table with the head supported with 3 pin Mayfield system slightly elevated and rotated to the right side.  The staples at the left frontal laceration were removed.  After shaving, prepping and draping the usual sterile fashion, an arciform incision starting in front of the tragus curving superiorly and anteriorly incorporating the left frontal laceration was opened with 10 blade.  Hemostasis of the scalp edge was controlled with bipolar and Raney clips.  Temporalis muscle was incised along the incision and reflected with the scalp anteriorly exposing the left frontoparietal area of the skull.  Coronal suture was identified.  We did not notice any fracture.  Using the Codman perforator with the electric drill two anterior frontal and posterior parietal burr holes were performed and this allowed us using the router to elevate a large frontoparietal bone flap exposing a very large epidural hematoma.  Using spatula and soft irrigation, the epidural hematoma was evacuated and sent to pathology for permanent.  There was bleeding from the frontal branch of the middle meningeal artery which was coagulated with the bipolar.  Copious irrigation of the operating field was performed with bacitracin saline solution.  Peripheral dural tacking was performed to the edges of the craniotomy using 4-0 Nurolon stitches.
 Small dural opening was also performed using the 15 blade which allowed us to evacuate hemorrhagic CSF confirming traumatic sub-arachnoid hemorrhage.  The cortex appears hyperemic.  Four central dural tacking to the bone flap was performed with 4-0 Nurolon stitches.  Bone flap was repositioned and secured with bur hole cover and miniplate using Stryker system.  Copious irrigation of the wound was performed with half-and-half hydrogen peroxide solution.  Temporalis muscle was closed with separate stitch using 2-0 Vicryl.  The scalp was closed subcutaneously using inverted separate stitch 2-0 Vicryl and superficially with 2-0 Prolene running lock suture.  Bacitracin was applied to the incision covered by sterile dressing.  Mayfield system was removed.  Patient tolerated the procedure well, he was extubated in the operating room, transferred to the intensive care unit hemodynamically stable.

## Signature Line
Electronically signed by:  Abumeri, MD, Imad
Signed on: 06-Sep-2018 15:08 PDT

## Completed Action List:
* Perform by Abumeri, MD, Imad on September 06 2018 04:31 PDT
* Modify by Abumeri, MD, Imad on September 06 2018 14:50 PDT
* Modify by Abumeri, MD, Imad on September 06 2018 15:08 PDT
* Sign by Abumeri, MD, Imad on September 06 2018 15:08 PDT Requested by Abumeri, MD, Imad on September 06 2018 04:31 PDT
* VERIFY by Abumeri, MD, Imad on September 06 2018 15:08 PDT

CT Cervical Spine WO Contrast
* Final Report *

STONE, NICHOLAS - 043-256-63

F53649

| | |
|---|---|
| Result Type: | CT Cervical Spine WO Contrast |
| Result Date: | September 06 2018 00:09 PDT |
| Result Status: | Auth (Verified) |
| Result Title: | CT Cervical Spine WO Contrast |
| Performed By: | Rodriguez, Ramona on September 06 2018 00:09 PDT |
| Verified By: | Cusator Jr., MD, James Alan on September 06 2018 08:16 PDT |
| Encounter info: | 37700658975, 65, Inpatient, 09/05/2018 |

## * Final Report *

**Reason For Exam**
Trauma

**REPORT**
CT CERVICAL SPINE WITHOUT CONTRAST

CLINICAL INDICATION:
Male, 34 years of age. Trauma.

COMPARISON:
None

TECHNIQUE:
Thin cut sections were obtained through the cervical spine noncontrast. Images were reformatted in coronal and sagittal planes.

This CT exam was performed using one or more of the following dose reduction techniques: automated exposure control, adjustment of the mA and/or kV according to patient size, or use of iterative reconstruction technique



FINDINGS:
There is alignment of the vertebral bodies with maintenance of vertebral body heights. There is mild disc height loss at C3-4 through C5-6. Mild vertebral body spurring is appreciated. Prevertebral soft tissue structures are intact. There are disc bulges and protrusions seen at C3-4, C4-5 and C5-6. At C4-5 there is moderate narrowing of the central canal.

IMPRESSION:
1.  No definite acute fracture or subluxation is seen at the cervical spine.
2.  Degenerative changes at C3-4 through C5-6. At C4-5 a posterior disc bulge creates moderate narrowing of the central canal.

Radiation Dose: CTDI (Vol): 28.73    Total DLP (mGycm): 708.00

Signed by: James A Cusator, MD on 9/6/2018 8:16 AM

**Signature Line**
*** Final ***

| | | |
|---|---|---|
| Printed by: | Pillai, Cristy A | |
| Printed on: | 09/10/2018 13:26 PDT | Page 1 of 2 |
| | | (Continued) |

**COR - California State Prison, Corcoran**
4001 King Avenue
Corcoran, CA 93212-



**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

| | |
|---|---|
| **Patient:** | **STONE, NICHOLAS SCOTT** |
| DOB/Age/Sex: | 3/5/1984    34 years    Male |
| Encounter Date: | 7/24/2018 |
| Attending: | Ramadan,Amr P&S |

| | |
|---|---|
| CDCR #: | F53649 |
| PID #: | 11581342 |
| Referring: | Ramadan,Amr P&S |

---

## *Progress Notes*

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:
Authentication Information:

Outpatient Progress Note
Office Visit Note
10/2/2018 11:43 PDT
Auth (Verified)
Caldron,Randall P&S (10/2/2018 12:22 PDT)
Caldron,Randall P&S (10/2/2018 12:23 PDT)
Caldron,Randall P&S (10/2/2018 12:23 PDT); Caldron,Randall
P&S (10/2/2018 12:23 PDT)

### Chief Complaint
Lab results per PCP PCP f/u in 3-4 days S/p Trauma, Seizures, OTC return

### History of Present Illness
34 year old history of hep c without coma, corgran prison when he got into alteration with another inmate, he shot by a ruber bullet to the head, he sustain left frontal laceration which staple in the medical facility at the prison, he became dizzy transferred to San joaquin community hospital and he diagosed with a left frontal hematoma with 7 mm left to right shift, he under went a crantomy on 9/6/18 and today reports left side headache, throbbing, constant, moderate, patient associated dizziness, left eye blurred vision, nausea but vomiting, fatigue, he able to work for three days. He states his balance and equalibrium is off. patient follow up appointment with neurosurgen. left side of heard and right arm become numb.

### Review of Systems
General: Good general health lately. No recent weight change. No fever. No fatigue. No headaches.
Eyes: Denies eye disease or injury. Pt doesn't wear glasses/contacts. Denies blurred or double vision.
Ear/Nose/Mouth/Throat: Denies hearing loss or ringing, earaches or drainage, chronic sinus problems, nose bleeds, mouth sores, bleeding gums, bad breath or bad taste, sore throat or voice change, or swollen glands in neck.
CV: Denies heart trouble, chest pain or angina pectoris, palpitation, shortness of breath walking or lying flat, or swelling of feet, ankles, or hands.
Resp: Denies chronic or frequent coughs, spitting up blood, SOB, or wheezing.
GI: Denies loss of appetite, change in bowel movements, nausea or vomiting, frequent diarrhea, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or vomiting blood
GU: Denies frequent urination, burning or painful urination, blood in urine, and change in force of stream, incontinence or dribbling, kidney stones, sexual problems.
Musculoskeletal: Denies any joint pains, joint swelling, joint stiffness, muscle/joint weakness, muscle pain, muscle cramps, back pain, cold extremities, and difficulty walking.
Skin: Denies rashes, pruritus, skin changes (e.g. moles), change in hair or nails, varicose veins, and breast pain/lump/discharge.
Neuro: constant left sided headache, lightheadedness and dizziness, no convulsions or seizures, numbness and tingling sensations left head and right arm, tremors.

### Problem List/Past Medical History
Ongoing
Gastritis
Hep C w/o coma, chronic
Immunization due
Preop examination
Historical
No qualifying data

### Procedure/Surgical History
Incision and drainage of abscess (eg, carbuncle, suppurative hidradenitis, cutaneous or subcutaneous abscess, cyst, furuncle, or paronychia); complicated or multiple (03/08/1984).

### Medications
Inpatient
Keppra, 1000 mg, 1 tab, Oral, BIDAM+PM
omeprazole, 20 mg, 1 cap, Oral, Daily, PRN
Tylenol, 650 mg, 2 tab, Oral, TID-KOP, PRN
Home
No active home medications

### Allergies
diphenhydrAMINE
fluconazole
guaiFENesin

---

Report Request ID:   12042551

Print Date/Time:   10/16/2018 10:10 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.



**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

**COR - California State Prison, Corcoran**
4001 King Avenue
Corcoran, CA 93212-

| | | | | |
|---|---|---|---|---|
| **Patient:** | **STONE, NICHOLAS SCOTT** | | | |
| DOB/Age/Sex: | 3/5/1984   34 years   Male | CDCR #: | F53649 |
| Encounter Date: | 7/24/2018 | PID #: | 11581342 |
| Attending: | Ramadan,Amr P&S | Referring: | Ramadan,Amr P&S |

---

## *Assessment Forms*

**Emergency Severity Index Entered On:  9/5/2018 16:12 PDT**
**Performed On:  9/5/2018 16:11 PDT by Borba, Megan RN**

**ESI**
*Does The Patient Require Immediate Life-Saving Intervention? :  No*
*Is This a High Risk Situation Where The Patient is Confused/Lethargic/Disoriented or in Severe Pain/Distress? :  No*
*How Many Different Resources Will This Patient Need? :  One*
*Recommended ESI Level :  4*

Borba, Megan RN - 9/5/2018 16:11 PDT

---

Report Request ID:   12044891                          Print Date/Time:   10/16/2018 10:49 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**



**COR - California State Prison, Corcoran**
4001 King Avenue
Corcoran, CA 93212-

CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

**Patient:**   **STONE, NICHOLAS SCOTT**
DOB/Age/Sex:   3/5/1984   34 years   Male
Encounter Date:   7/24/2018
Attending:   Ramadan,Amr P&S

CDCR #:   F53649
PID #:   11581342
Referring:   Ramadan,Amr P&S

---

## *Progress Notes*

---

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:
Authentication Information:

TTA Progress Note
ED Note. Scalp laceration, repaired
9/5/2018 16:48 PDT
Auth (Verified)
Ramadan,Amr P&S (9/5/2018 16:54 PDT)
Ramadan,Amr P&S (9/5/2018 17:00 PDT)
Ramadan,Amr P&S (9/5/2018 17:00 PDT); Ramadan,Amr
P&S (9/5/2018 17:00 PDT); Ramadan,Amr P&S (9/5/2018
16:59 PDT)

**Chief Complaint**
Laceration to head from altercation

**History of Present Illness**
Sustained scalp laceration about 15 minutes prior to arrival to the TTA. Got hit by 40
soft rubber coated projectile. Patient gives no other complaints or any other injuries.
Received tetanus immunization less than a year ago when he went to an outside hospital.

**Review of Systems**
No headaches, dizziness or blurry vision. No weakness or numbness and no neck pains.

**Physical Exam**

Vitals & Measurements
**T:** 36.4 °C (Temporal Artery) **HR:** 83 (Peripheral) **RR:** 18 **BP:** 129/75 **SpO2:** 100%

5 centimeters curved full-thickness scalp laceration over the cranial vault Moderate active
bleeding. Verbally consented for scalp laceration repair. Options of stitches or using the
metallic acetabular, patient desires to have the metallic stapler to repair the scalp
laceration.

**Procedure**
Wound flushed and irrigated. Prepped in the regular sterile fashion. 6 mL of lidocaine 1%
with epinephrine local infiltration used. Wound explored no foreign body seen. Intact skull
bones.
Metallic staples are used to close the scalp laceration, total of 10 staples placed. Scalp
wound edges will reapproximated and no active bleeding. Patient tolerated the procedure
well.

**Reexamination/Reevaluation**
No active bleeding

**Assessment/Plan**
Status post scalp laceration repair. Wound care/infection precautions given. Patient stated
he received tetanus shot less than a year when he went to an outside hospital, declined any
pain medications.
No antibiotics needed. Staples removal in 7 days.

**Problem List/Past Medical History**
Ongoing
Gastritis
Hep C w/o coma, chronic
Immunization due
Preop examination
Historical
No qualifying data

**Procedure/Surgical History**
Incision and drainage of abscess (eg,
carbuncle, suppurative hidradenitis, cutaneous
or subcutaneous abscess, cyst, furuncle, or
paronychia); complicated or multiple
(03/08/1984).

**Medications**
Inpatient
No active inpatient medications
Home
No active home medications

**Allergies**
diphenhydrAMINE
fluconazole
guaiFENesin

---

Report Request ID:   12044889

Print Date/Time:   10/16/2018 10:49 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.



COR - California State Prison, Corcoran

**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

4001 King Avenue
Corcoran, CA 93212-

| | |
|---|---|
| **Patient:** | **STONE, NICHOLAS SCOTT** |
| DOB/Age/Sex: | 3/5/1984   34 years   Male |
| Encounter Date: | 7/24/2018 |
| Attending: | Ramadan,Amr P&S |

| | |
|---|---|
| CDCR #: | F53649 |
| PID #: | 11581342 |
| Referring: | Ramadan,Amr P&S |

---

## *Progress Notes*

---

| | |
|---|---|
| Document Type: | Outpatient Progress Note |
| Document Subject: | Status post discharge from CTC and status post craniotomy |
| Service Date/Time: | 9/22/2018 09:46 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Hernandez,Francisco NP (9/22/2018 09:55 PDT) |
| Sign Information: | Hernandez,Francisco NP (9/22/2018 09:55 PDT) |
| Authentication Information: | Hernandez,Francisco NP (9/22/2018 09:55 PDT) |

**Chief Complaint**
Follow-up on craniotomy and evacuation of hematoma follow-up and refuse clinic on 9/18/2018

**History of Present Illness**
This is a patient who is currently being seen for status post discharge from CTC for craniotomy evacuation of a hematoma secondary to blunt trauma to the head. Currently the patient states that he has intermittent dizziness and states that today he feels better than he has in the last week. Patient states he was able to get out of bed today and ambulate. Currently the patient denies headache. Otherwise the patient has no complaints of chest pain or shortness of breath. No fevers or chills. No nausea vomiting diarrhea constipation or abdominal pain. Patient states he ambulates however states he is a bit unsteady. Patient denies falls. Patient denies any seizure activity.

Please see Dr. Aye note below when pt was admitted to CTC and discharged
According to the discharge summary from Adventist health Bakersfield this is a 34 year old male who was hit by rubber bullet to the head. He was admitted at AHB hospital for the complaints of vomiting and headaches. CT scan of the head showed left frontal epidural hematomameasuring7 x 2 cm associated with 7 mm midline shift. CT cervical spine was negative.
Dr. Abumeri  neurosurgeon was contacted and patient went for emergency surgery on September 6, 2018. He underwent left frontoparietal craniotomy and evacuation of epidural hematoma.
Patient was given Keppra for seizure prophylaxis. He had a repeat CT scan after the surgery and it showed some residual subdural blood and midline shift to was a right but without any new areas of bleeding. patient did well after the surgery. Patient was tolerating diet and ambulating on his own. He has mild headaches.
Patient is cleared to discharge and sutures may be removed in 10 days. Patient to follow-up with Dr. Abumeri in four weeks and have a repeat CT scan of head done before the FU appointment.
Last night he was discharged from the Adventist health Hospital and on arrival he claimed he was dizzy and admitted to CTC for observation.

Past medical History: History of IV drug abuse and hepatitis C. History of valley fever treated in 2010. [1]

Discharge note

**Problem List/Past Medical History**
Ongoing
    Gastritis
    Hep C w/o coma, chronic
    Immunization due
    Preop examination
Historical
    No qualifying data

**Procedure/Surgical History**
Incision and drainage of abscess (eg, carbuncle, suppurative hidradenitis, cutaneous or subcutaneous abscess, cyst, furuncle, or paronychia); complicated or multiple (03/08/1984).

**Medications**
Inpatient
    acetaminophen, 650 mg, 2 tab, Oral, QID, PRN
    Keppra, 1000 mg, 1 tab, Oral, BIDAM+PM
    omeprazole, 20 mg, 1 cap, Oral, Daily, PRN
Home
    No active home medications

**Allergies**
diphenhydrAMINE
fluconazole
guaiFENesin

---

| | |
|---|---|
| Report Request ID:   12042560 | Print Date/Time:   10/16/2018 10:10 PDT |

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Speech/Cognitive/Swallow Evaluation Doc                    STONE, NICHOLAS - 043-256-63

*Assess/Monitor level of consciousness :*  Alert
*Orientation rehab :*  Oriented  X 4

Ericsson, Kristin M - 09/08/2018 17:19 PDT

**Cognitive/Linguistics**
Recall (grid)
*Immediate :*  WFL
*Short term :*  Min impaired
*Long term :*  WFL
*Personal/Historical :*  WFL
*Prospective memory :*  Min impaired

Ericsson, Kristin M - 09/08/2018 17:19 PDT

Attention (grid)
*Selective :*  WFL
*Sustained :*  WFL

Ericsson, Kristin M - 09/08/2018 17:19 PDT

Problem solving (grid)
*Sequencing :*  WFL
*Convergent processing :*  WFL
*Divergent processing :*  WFL
*Thought organization :*  WFL

Ericsson, Kristin M - 09/08/2018 17:19 PDT

Insight (grid)
*Judgment :*  WFL
*Impulsivity :*  WFL
*Emotional lability :*  WFL

Ericsson, Kristin M - 09/08/2018 17:19 PDT

*Cognitive/Linguistic summary :*  Minimal impairment

Ericsson, Kristin M - 09/08/2018 17:19 PDT

**Impressions**
*SLP problem list/assessment :*  Pt. a/a/ox4 and lying down in bed on CDC unit with c/o pain, which was alerted to RN.  CO
x1 present for duration of assessment.  Cognition and language skills grossly intact with minimally delay in processing
conversation. Responses to questions and simple problems were timely.  Multiple-step directions (verbal) followed without
need for repetition.  Pt. reported improvement in processing speed since injury with no new concerns mentioned.
Immediate recall was good and delayed recall with shifting attention was fair.  Minimal cuing needed.  Pt. and RN in
agreement to continue current modified diet d/t persistant restriction with jaw opening.  Skilled ST intervention not
indicated at this time.

RECOMMENDATIONS:
1. MECHANICAL SOFT DIET WITH THIN LIQUIDS AS TOLERATED
2. DIETITIAN INPUT
3. DC ST INTERVENTION

*Speech therapy rehabilitation potential :*  Good

Ericsson, Kristin M - 09/08/2018 17:19 PDT

**Plan**
*ST planned intervention frequency :*  Discontinue
*Patient and/or family concur with the plan :*  Yes
*Eval of Speech Sound Prod W/Eval of Lang :*  30 minutes
*Speech evaluation charging complete :*  Yes

Ericsson, Kristin M - 09/08/2018 17:19 PDT

**Speech Language Pathology GCodes_GN**
*S_G9165 Attention functional limitation/current status @ tim :*  CH - 0 % impaired, limited or restricted

Printed by:      Pillai, Cristy A                                              Page 2 of 3
Printed on:      09/10/2018 13:25 PDT                                          (Continued)

Speech/Cognitive/Swallow Evaluation Doc

STONE, NICHOLAS - 043-256-63

*Volume used/# of trials/Pureed :*  3 trials
*Volume used/# of trial Mech.soft :*  2 trials
*Speech Diet recommendations :*  Mechanical soft diet, Liquids, thin
*Speech Medication recommendations :*  Whole w/thin liquids
*Pharyngeal summary :*  WFL
*Oral Motor summary :*  Minimal impairment

Hallum, Katherine A - 09/06/2018 13:44 PDT

**Impressions**
*SLP problem list/assessment :*  RN Suree reports Pt failed swallow screen but she completed it very soon after surgery this morning. Pt awake/alert c/o head pain 9/10. Oral motor examination revealed reduced mandibular opening and facial grimace with opening, otherwise WFL. Vocal quality is clear but reduced in intensity. Slow rate of speech with pausing, but precise articulation. No s/s of aspiration exhibited across thin liquid volumes; slow but complete mastication with only slight reduced mandibular ROM; Pt c/o pain when chewing d/t trauma. Pt c/o slow thought processing. Swallowing impacted by pain only and to improve in the next few days. ST to f/u at later time to complete language/cognitive exam d/t Pt's pain. REcs d/w RN Suree and MD Soheili.
RECOMMENDATIONS:
1) MECHANICAL SOFT SOLIDS AND THIN LIQUIDS; NURSING OKAY TO ADVANCE DIET IF PATIENT'S JAW PAIN RESOLVES
2) MEDICATIONS AS TOLERATED
3) COGNITION/LANGUAGE/SPEECH EVALUATION 9/7 OR 9/8

Hallum, Katherine A - 09/06/2018 13:44 PDT

**Plan**
*ST planned intervention frequency :*  Other: STE
*Swallow function evaluation charges :*  45 minutes
*Speech evaluation charging complete :*  Yes

Hallum, Katherine A - 09/06/2018 13:44 PDT

**Speech Language Pathology GCodes_GN**
*S_G8996 Swallowing functional limitation/current status at t :*  CH - 0 % impaired, limited or restricted
*S_G8997 Swallowing functional limitation/projected goal stat :*  CH - 0 % impaired, limited or restricted
*S_G8998 Swallowing functional limitation/d/c status/@d/c fro :*  CH - 0 % impaired, limited or restricted

Hallum, Katherine A - 09/06/2018 13:44 PDT

**Education - Speech**
*Preferred language :*  English

Hallum, Katherine A - 09/06/2018 13:44 PDT

**Completed Action List:**
* Perform by Hallum, Katherine A on September 06 2018 13:44 PDT
* Sign by Hallum, Katherine A on September 06 2018 13:44 PDT
* VERIFY by Hallum, Katherine A on September 06 2018 13:44 PDT

CT Brain WO Contrast                                                    STONE, NICHOLAS - 043-256-63
* Final Report *

Result Type:        CT Brain WO Contrast
Result Date:        September 06 2018 04:50 PDT
Result Status:      Auth (Verified)
Result Title:       CT Brain WO Contrast
Performed By:       Rodriguez, Ramona on September 06 2018 04:50 PDT
Verified By:        Perry, MD, Jonathan R on September 06 2018 08:36 PDT
Encounter info:     37700658975, 85, Inpatient, 09/05/2018 -

# * Final Report *

**Reason For Exam**
S/P Craniotomy

**REPORT**
CT BRAIN WITHOUT CONTRAST

CLINICAL INDICATION:
Male, 34 years old. S/P Craniotomy.

TECHNIQUE:
3 mm axial CT images were obtained through the brain without contrast. Coronal and sagittal images were reconstructed
from the high resolution dataset. This CT exam was performed using one or more of the following dose reduction
techniques: automated exposure control, adjustment of the mA and/or kV according to patient size, or use of iterative
reconstruction technique.
Radiation Dose: CTDI (Vol): 59.36    Total DLP (mGycm): 1051.00

COMPARISON:
September 6, 2018

FINDINGS:
The patient has undergone interval left frontal craniotomy, with removal of the large extra-axial hemorrhage. Mild residual
pneumocephalus and serosanguineous fluid is noted. Mass effect is significantly decreased. Left to right shift has
decreased, now 7 mm of the level of the foramen of Munro. The basilar cisterns are patent. No new intracranial
hemorrhage is seen.

IMPRESSION:
Interval surgical decompression of the large left extra-axial hematoma with decreased mass effect. No new abnormalities.
Expected postoperative serosanguineous fluid and pneumocephalus.

Signed by: Jonathan Perry, MD on 9/6/2018 8:36 AM

**Signature Line**
*** Final ***

Printed by:    Pillai, Cristy A                                          Page 1 of 2
Printed on:    09/10/2018 13:26 PDT                                      (Continued)

CT Cervical Spine WO Contrast                                    STONE, NICHOLAS - 043-256-63
* Final Report *

Result Type:        CT Cervical Spine WO Contrast
Result Date:        September 06 2018 00:09 PDT
Result Status:      Auth (Verified)
Result Title:       CT Cervical Spine WO Contrast
Performed By:       Rodriguez, Ramona on September 06 2018 00:09 PDT
Verified By:        Cusator Jr., MD, James Alan on September 06 2018 08:16 PDT
Encounter info:     37700658975, 85, Inpatient, 09/05/2018 -

# * Final Report *

**Reason For Exam**
Trauma

**REPORT**
CT CERVICAL SPINE WITHOUT CONTRAST

CLINICAL INDICATION:
Male, 34 years of age. Trauma.

COMPARISON:
None

TECHNIQUE:
Thin cut sections were obtained through the cervical spine noncontrast. Images were reformatted in coronal and sagittal planes.

This CT exam was performed using one or more of the following dose reduction techniques: automated exposure control, adjustment of the mA and/or kV according to patient size, or use of iterative reconstruction technique

FINDINGS:
There is alignment of the vertebral bodies with maintenance of vertebral body heights. There is mild disc height loss at C3-4 through C5-6. Mild vertebral body spurring is appreciated. Prevertebral soft tissue structures are intact. There are disc bulges and protrusions seen at C3-4, C4-5 and C5-6. At C4-5 there is moderate narrowing of the central canal.

IMPRESSION:
1.  No definite acute fracture or subluxation is seen at the cervical spine.
2.  Degenerative changes at C3-4 through C5-6. At C4-5 a posterior disc bulge creates moderate narrowing of the central canal.

Radiation Dose: CTDI (Vol): 28.73     Total DLP (mGycm): 708.00

Signed by: James A Cusator, MD on 9/6/2018 8:16 AM

**Signature Line**
*** Final ***

Discharge Summary
* Final Report *

STONE, NICHOLAS - 043-256-63

| | |
|---|---|
| Result Type: | Discharge Summary |
| Result Date: | September 10 2018 11:38 PDT |
| Result Status: | Auth (Verified) |
| Result Title: | Discharge Summary - AH |
| Performed By: | Pham, DO, Rhoda Diem Hong on September 10 2018 11:39 PDT |
| Verified By: | Pham, DO, Rhoda Diem Hong on September 10 2018 11:49 PDT |
| Encounter info: | 37700658975, 85, Inpatient, 09/05/2018 - |

## * Final Report *

### Discharge Summary - AH

Patient:  **STONE, NICHOLAS**      MRN: 043-256-63      FIN: 37700658975
Age:  **34 years**   Sex:  **Male**   DOB: **03/05/1984**
Author:  **Pham, DO, Rhoda Diem Hong**

**Discharge Information**
  Discharge Information:
    Admit Date: 09/05/18 23:25                    Discharge Date:
    **Reason For Visit:** Left frontal 7 x 2 centimeter epidural hematoma with 7 millimeter left to right shift   Discharge Location:
Home

**Physicians Involved With Care**

| | |
|---|---|
| **Admitting:** | Naing, MD, Win |
| **Attending:** | Naing, MD, Win |
| **Consulting:** | Eckermann, MD, Jan Mathias |
| **Consulting:** | Sexton, PA-C, Gloria |
| **Consulting:** | Soheili, MD, Pejman |
| **Consulting:** | Abumeri, MD, Imad |
| **Consulting:** | Mendoza, MD, Marcelo |
| **Consulting:** | Ancheta, ACNP, Arabella |
| **Primary Care:** | NONE, MD |

**Procedures Performed This Encounter:**
**Procedures Performed This Encounter:**
Date and Time: 09/06/2018 02:35
Procedure Performed: CRANIOTOMY
Performed by: Abumeri, MD, Imad

**Diagnoses:**
  **Active Diagnoses**

    Traumatic epidural hematoma (Epidural hemorrhage with loss of consciousness of unspecified duration, initial encounter)
    Intracranial hemorrhage, postinjury with 1-24 hour LOC (Unspecified focal traumatic brain injury with loss of consciousness of unspecified duration, initial encounter)

| | | |
|---|---|---|
| Printed by: | Pillai, Cristy A | Page 1 of 4 |
| Printed on: | 09/10/2018 13:23 PDT | (Continued) |

Discharge Summary

STONE, NICHOLAS - 043-256-63

* Final Report *

**CC:headache after head trauma**

**Discharge Diagnosis:**
#Status post traumatic left-sided epidural hematoma with midline shift status post frontoparietal craniotomy and evacuation of hematoma on September 6, 2018
#Headache due to above
#Hepatitis C
#History of pulmonary cocci
#Mild thrombocytopenia, resolved
#Sinus bradycardia, POA

**Hospital Course:**
Patient is a 34-year-old male who was hit by rubber bullet during a prison riot. Patient complained of headache and dizziness and received some staples before being sent to the hospital for evaluation. He also complained of nausea, vomiting and headaches seem to be getting worse. He denied any focal weakness in upper or lower extremities or loss of consciousness. In the ER he was evaluated and vital signs were stable except for a sinus bradycardia. CT of the head showed left frontal epidural hematoma measuring approximately 7 x 2 cm associated with a 7 mm midline shift. CT cervical spine was negative for fracture or subluxation. At the time of presentation patient's GCS was 15. Dr. Abumeri, neurosurgeon, was contacted and patient went for emergent surgery in the early morning of September 6, 2018. He underwent left frontoparietal craniotomy and evacuation of epidural hematoma. During the operation it was noted he also had left small frontal parenchymal hematoma and small traumatic subarachnoid hemorrhage. Patient was kept on Keppra for seizure prophylaxis. He was kept in the ICU for 48 hours for close monitoring. His vital signs remained stable and he was neurologically intact. He was cleared for transfer to the floor as well as getting up out of bed. He was able to walk with physical therapy and by date of discharge, he was ambulating independently in the hallway. Last repeat CT scan showed decreased pneumocephalus in the left frontal region with some residual subdural blood and mild midline shift towards the right but without any new areas of bleeding. Neurosurgeon recommended he continue with Keppra for the next week for seizure prophylaxis. Patient is tolerating diet, and ambulating to the bathroom on his own. He complains of continued mild headache which should hopefully improve within the next several days. Per Dr. Abumeri, patient is cleared for discharge and sutures may be removed by CDC physician 10 days from now. Dr. Abumeri wants to see the patient in 4 weeks and a few days beforehand to obtain a repeat CT head without contrast. Patient is stable for discharge and the above recommendations were discussed with Dr. Clark at Corcoran State Prison.

**Laboratory Results:** Lab Results ST
**Selected Lab Results**

| Lab | Results | Normalcy | Date |
|---|---|---|---|
| WBC | 7.1 K/mm3 | Normal | 09/10/18 05:58 |
| HGB | 12.9 gm/dL | Low | 09/10/18 05:58 |
| HCT | 37.3 % | Low | 09/10/18 05:58 |
| PLT | 182 K/mm3 | Normal | 09/10/18 05:58 |
| Sodium Level | 138 mmol/L | Normal | 09/10/18 05:58 |
| Chloride Level | 101 mmol/L | Normal | 09/10/18 05:58 |
| Potassium Level | 4.3 mmol/L | Normal | 09/10/18 05:58 |
| BUN | 20 mg/dL | Normal | 09/10/18 05:58 |
| Creatinine | 1.1 mg/dL | Normal | 09/10/18 05:58 |
| AST | 36 IntUnit/L | Normal | 09/06/18 06:31 |
| ALT | 36 IntUnit/L | Normal | 09/06/18 06:31 |
| PT - INR | 1.1 | Normal | 09/06/18 01:34 |
| PT - Patient | 12.1 sec | Normal | 09/06/18 01:34 |
| PTT - Patient | 26.5 sec | Normal | 09/06/18 01:34 |
| Hemoglobin A1C by HPLC | 5.3 % | Normal | 09/06/18 06:31 |
| Calcium Level | 8.9 mg/dL | Normal | 09/10/18 05:58 |
| Magnesium Level | 1.9 mg/dL | Normal | 09/09/18 09:17 |

Neurosurgery Progress Note                                        STONE, NICHOLAS - 043-256-63
* Final Report *

**REPORT:** CT CERVICAL SPINE WITHOUT CONTRASTCLINICAL INDICATION:Male, 34 years of age.
Trauma.COMPARISON:NoneTECHNIQUE:Thin cut sections were obtained through the cervical spine noncontrast. Images were
reformatted in coronal and sagittal planes.This CT exam was performed using one or more of the following dose reduction
techniques: automated exposure control, adjustment of the mA and/or kV according to patient size, or use of iterative
reconstruction technique

**FINDINGS:** There is alignment of the vertebral bodies with maintenance of vertebral body heights. There is mild disc height
loss at C3-4 through C5-6. Mild vertebral body spurring is appreciated. Prevertebral soft tissue structures are intact. There are
disc bulges and protrusions seen at C3-4, C4-5 and C5-6. At C4-5 there is moderate narrowing of the central canal.

**IMPRESSION:** 1.  No definite acute fracture or subluxation is seen at the cervical spine.2.  Degenerative changes at C3-4
through C5-6. At C4-5 a posterior disc bulge creates moderate narrowing of the central canal.Radiation Dose: CTDI (Vol):
28.73    Total DLP (mGycm): 708.00

Signed by: James A Cusator, MD on 9/6/2018 8:16 AM

**Assessment/Plan**


Intracranial hemorrhage, postinjury with 1-24 hour LOC (Unspecified focal traumatic brain injury with loss of consciousness of
unspecified duration, initial encounter, S06.309A)
Pain in head (Pain in head, 5DFE09D9-5B9C-4303-9A96-423A25BC55F5)
Orders:
    NaCl 0.9% + KCl 20 mEq 1,000 mL, 1,000 mL, IV, 09/06/18 1:17:00 PDT, 100 mL/hr, 10 hr, Order Weight 70.3, kg, 1.84, m2
    Communication
    Communication
    Discontinue Foley
    NPO After Midnight
    Obtain Consent
34-year-old inmate male was hit by a rubber bullet to the left frontal area sustained a large left epidural hematoma with
underlying small frontal contusion.
POD #1 left frontoparietal craniotomy and evacuation of epidural hematoma.
Recommendations:
Continue neuro check and vital sign every one hour for another 24 hours.
Repeat CT scan of the brain tomorrow in a.m.
Clear liquid advance to regular diet as tolerated.
Continue Keppra for 7-10 days for seizure prophylaxis.
PT/OT out of bed to chair, ambulate with activity as tolerated.
Medical management per ICU and hospitalist.


**Signature Line**
Electronically signed by:  Abumeri, MD, Imad
Signed on: 06-Sep-2018 15:15 PDT


**Completed Action List:**
* Perform by Abumeri, MD, Imad on September 06 2018 09:03 PDT
* Modify by Abumeri, MD, Imad on September 06 2018 15:15 PDT
* Sign by Abumeri, MD, Imad on September 06 2018 15:15 PDT Requested by Abumeri, MD, Imad on September 06
2018 09:03 PDT
* VERIFY by Abumeri, MD, Imad on September 06 2018 15:15 PDT

information about the safety of antiepileptic drug use during pregnancy.

NOTE:This sheet is a summary. It may not cover all possible information. If you have questions about this medicine, talk to your doctor, pharmacist, or health care provider. Copyright© 2017 Elsevier

## Discharge Instructions for Craniotomy

You had a craniotomy. This means your healthcare provider made an opening in your skull. Your provider needed to do this to do brain surgery. Recovery after a craniotomy varies, depending on why you had the procedure. The guidelines provided here are for general care. Ask your healthcare provider to provide more information based on your own condition.

### Home care

Do's and don'ts include:

- Increase your activity slowly. Talk with your healthcare provider about which activities you can start with.
- Don't drive until your healthcare provider says it's OK.
- Don't lift anything until your healthcare provider says it's OK. Your provider may tell you not to lift more than 10 pounds for a period of time.
- Take your medicine exactly as directed.
- Shower as needed. But keep your incision dry. You can wash your hair with mild soap after your stitches or staples have been removed.
- Don't put creams, lotions, or other ointments to your incision unless your provider tells you to. Keeping the incision clean and dry will help it to heal quickly. Most stitches or staples in the scalp are removed in 7 to 10 days.
- Don't drink alcohol or use recreational drugs.
- Get plenty of rest and sleep.
- Don't take aspirin, ibuprofen, or similar medicines unless your healthcare provider says it's OK.

### Follow-up

Make a follow-up appointment.

## When to call your healthcare provider

Call your healthcare provider right away if you have any of the following:

- Swelling on the face or scalp
- Incision that becomes red and hot or drainage from incision

- Fever of 100.4°F (38°C) or higher, or as directed by your healthcare provider
- Chills
- Confusion, memory loss, trouble speaking, or hallucinations
- Fainting or "blacking out"
- Double or blurred vision, or partial or total loss of vision
- Numbness, tingling, or weakness in your face, arms, hands, legs, or feet
- Stiffness in your neck
- Severe sensitivity to light (photophobia) or severe headache
- Seizure
- Trouble controlling your bowels or bladder
- Nausea or vomiting
- Fluid draining from the nose or ear
- Changes in behavior

© 2000-2017 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**Medication Leaflet given:**

%> has been given the following list of patient education materials, prescriptions and follow-up instructions:

**Follow-up Instructions:**

| **With:** | **Address:** | **When:** |
|---|---|---|
| Imad Abumeri | Kern Neurological Institute, Inc., 2323 16th St., Ste. 407 Bakersfield, CA 93301 (661) 843-7880 Business (1) | In 4 weeks 10/08/2018 |

**Comments:**

5-Patient needs to make an appt. Obtain CT heat prior appointment.

**Primary Discharge Physician: Pham, DO, Rhoda Diem Hong**
**Follow-up Plans:**
Dr. Abumeri in 4 weeks.

**Activity:**
Activity As Tolerated; No Heavy Physical Activity

**Diet:**
No Restrictions

**Hygiene:**
Normal

**Wound Care:**
MD Office Will Change Dressing

**Additional Instructions:**
Patient may be discharged. Remove IV lines before discharge.
1. Take Keppra 1000mg PO BID for 7 days.
2. Remove sutures from head in 10 days.
3. Followup with Dr. Abumeri in 4 weeks, but beforehand, please obtain CT head without contrast.

**Home Equipment/Treatment/Services**

ED Physician Notes                                                 STONE, NICHOLAS - 043-256-63
* Final Report *


Result Type:        ED Physician Notes
Result Date:        September 06 2018 00:19 PDT
Result Status:      Modified
Result Title:       head injury
Performed By:       Ziomek, MD, John J on September 06 2018 00:21 PDT
Verified By:        Ziomek, MD, John J on September 06 2018 01:48 PDT
Encounter info:     37700658975, 85, Inpatient, 09/05/2018 -


# * Final Report *

## Document Has Been Updated


**head injury**

Patient: **STONE, NICHOLAS**      **MRN: 043-256-63**      **FIN: 37700658975**
Age: **34 years**   Sex: **Male**   DOB: **03/05/1984**
Author: **Ziomek, MD, John J**

**Basic Information**
   **MSEI MD/NP/PA Time Patient Seen face to face:**
   Date and time 09/05/2018 23:52:35

   History source: Patient.
   History limitation: Clinical condition.
   Additional information: Chief Complaint from Nursing Triage Note : Reason for visit history
        09/05/2018 23:52 PDT    Pt complains of head trauma from rubber bullet used in prison facility. Pts wound was stapled at
        the facility and pt complained of dizziness. Pt curently denies feeling dizzy.  .

**History of Present Illness**
   The patient presents with head injury after being struck by a rubber bullet

   34 year-old patient was injured when patient was struck by Rubber Bullet in Prison riot. Patient was struck on the left scalp area
   where he received staples. Patient has dizziness when returning back to his cell when he experienced the symptoms and was brought
   here without any specific weakness . There was no loss of consciousness reported without specific weakness.

   Patient denied any numbness in the upper or lower extremities without neck pain.

   Patient did not vomit although he had some confusion without repetitive statements. The onset was just prior to arrival. The
   course/duration of symptoms is fluctuating in intensity. Location: Left scalp. The character of symptoms is pain. The degree at onset
   was severe. The degree at present is moderate. Risk factors consist of injury. Therapy today: emergency medical services. further
   information is limited from the head injury.

**Review of Systems**
   **Constitutional symptoms:** no fever.
   **Skin symptoms:** no rash.
   **Eye symptoms:** Vision unchanged.
   **Respiratory symptoms:** no shortness of breath.
   **Cardiovascular symptoms:** no chest pain, no syncope.
   **Gastrointestinal symptoms:** Nausea.
   **Genitourinary symptoms:** no incontinence.
   **Musculoskeletal symptoms:** no Joint pain.


Printed by:     Pillai, Cristy A                                          Page 1 of 5
Printed on:     09/10/2018 13:25 PDT                                      (Continued)

**Patient education materials**

# Epidural Hemorrhage

An epidural hemorrhage is a type of traumatic brain injury (TBI). It happens if bleeding occurs between the inside of the skull bone and the outer membrane that covers the brain (*dura mater*).



As the amount of bleeding increases, the blood puts pressure on the brain. This can cause the affected part of the brain to stop working, and it may eventually cause death. An epidural hemorrhage is a medical emergency.

## CAUSES

This condition is caused by bleeding from a broken (*ruptured*) blood vessel. In most cases, a blood vessel ruptures and bleeds because of injury (*trauma*) to the head. Head trauma can happen in:

- Traffic accidents.
- Falls.
- Assaults.
- Sport injuries.

Less commonly, an epidural hemorrhage can happen without head trauma. In these cases, bleeding may be caused by:

- An infection.
- A tumor.
- A bleeding disorder, such as hemophilia.

## RISK FACTORS

This condition is more likely to develop in people who:

- Participate in sports in which a head injury is possible. These include boxing, football, soccer, hockey, auto or bicycle racing, downhill skiing, and horseback riding.
- Take risks while driving or riding in a motor vehicle, such as speeding.
- Are at risk for falls.
- Take blood thinners (*anticoagulants*), including aspirin or warfarin.

- Have a bleeding disorder.
- Abuse drugs or alcohol.

## SYMPTOMS

Symptoms of this condition may include:

- A severe headache or a headache that steadily gets worse.
- Nausea or vomiting.
- Dizziness.
- Drowsiness.
- A temporary decrease in alertness.
- Loss of consciousness.
- Confusion.
- Changes in speech or difficulty speaking.
- Seizures.
- An inability to move an arm or a leg on one side of the body.

Symptoms may develop immediately or several hours after a head injury.

## DIAGNOSIS

This condition may be diagnosed based on your symptoms, your medical history, and a physical exam. You may have tests, including:

- Blood tests.
- A CT scan.
- MRI.

## TREATMENT

This condition is a medical emergency that must be treated in a hospital immediately. Treatment depends on the cause, severity, and duration of your symptoms. The goals of treatment are to stop the bleeding, reduce pressure on the brain, and relieve symptoms. Treatment may include:

- Medicines that:
  - Lower blood pressure (*antihypertensives*).
  - Relieve pain (*analgesics*).
  - Relieve nausea and vomiting.
  - Control seizures.
  - Reduce swelling in the brain.
  - Control bleeding.
- Assisted breathing (*ventilation*). This involves using a machine called a ventilator to help you breathe.
- Giving donated blood products through an IV tube (*transfusion*). You will receive cells that help your blood clot.
- Placing a tube (*shunt*) in the brain to relieve pressure.
- Performing surgery. This may be needed to stop bleeding, remove blood, or reduce pressure on the brain.

## HOME CARE INSTRUCTIONS

### Activity

- ○ Dizziness.
- ○ A temporary decrease in alertness.
- ○ Loss of consciousness.
- ○ Confusion.
- ○ Changes in your speech or difficulty speaking.
- ○ Seizure.
- ○ Inability to move your arm or your leg on one side of your body.
- • You are taking blood thinners and you fall or you experience minor trauma to the head.
- • You have a bleeding disorder and you fall or you experience minor trauma to the head.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 12/18/2006 Document Revised: 11/28/2016 Document Reviewed: 06/06/2016
Elsevier Interactive Patient Education ©2016 Elsevier Inc.



- Return to your normal activities as told by your health care provider. Ask your health care provider what activities are safe for you.
- If you play a contact sport and you experience a head injury, follow advice from your health care provider about when you can return to the sport.
- Rest. Rest helps the brain to heal. Make sure you:
  ○ Get plenty of sleep. Avoid staying up late at night.
  ○ Keep a consistent sleep schedule. Try to go to sleep and wake up at about the same time every day.
  ○ Avoid activities that cause physical or mental stress.

## General Instructions

- Take over-the-counter and prescription medicines only as told by your health care provider.
- **Do not** drive or operate heavy machinery until your health care provider approves.
- Limit alcohol intake to no more than 1 drink per day for nonpregnant women and 2 drinks per day for men. One drink equals 12 oz of beer, 5 oz of wine, or 1½ oz of hard liquor.
- Keep all follow-up visits as told by your health care provider. This is important.

## PREVENTION

- Wear protective gear, such as helmets, when participating in activities such as biking or contact sports.
- Always wear a seat belt when you are in a motor vehicle.
- Keep your home environment safe to reduce the risk of falling.

## SEEK MEDICAL CARE IF:

You develop any of the following symptoms after your injury:

- Headaches that keep coming back (*chronic* headaches).
- Dizziness or balance problems.
- Nausea.
- Vision problems.
- Increased sensitivity to noise or light.
- Depression or mood swings.
- Anxiety or irritability.
- Memory problems.
- Difficulty concentrating or paying attention.
- Sleep problems.
- Feeling tired all the time.

Recovery from brain injuries varies widely. Talk with your health care provider about what to expect during your recovery.

## SEEK IMMEDIATE MEDICAL CARE IF:

- You develop signs of an epidural hemorrhage, such as:
  ○ A severe headache or a headache that steadily gets worse.
  ○ Nausea or vomiting.
  ○ Drowsiness.