1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                FRESNO DIVISION

11
                                              │  Case No. 1:19-cv-00703-DAD-HBK (PC)
12   **NICHOLAS SCOTT STONE,**                │
                                              │  **ORDER GRANTING DEFENDANTS'**
13                              Plaintiff,     │  **FIRST MOTION TO MODIFY THE**
                                              │  **SCHEDULING ORDER**
14         **v.**                             │
                                              │  ECF No. 27
15                                            │
16   **T. ROBINSON, et al.,**                 │
                                              │
17                              Defendants.    │

18

19         **GOOD CAUSE APPEARING,**

20         **IT IS ORDERED** that Defendants' First Motion to Modify the Scheduling Order (ECF No.

21   27) is **GRANTED**.  Defendants may file exhaustion-based motions for summary judgement no

22   later than December 30, 2020.

23
     IT IS SO ORDERED.
24

25   Dated:    November 25, 2020

26                                            HELENA M. BARCH-KUCHTA
                                              UNITED STATES MAGISTRATE JUDGE
27

28

                                              1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28