1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SCOTT STONE<br><br>Plaintiff,<br><br>v.<br><br>T. ROBINSON, Y. YANG, R. DAVID, A. J. FERNANDEZ, M. ORTEGA, A. RAMADAN, IMAD ABUMERI, BRETT MAREAN<br><br>Defendants. | No.  1:19-cv-00703-DAD-HBK (PC)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii) TO DEFENDANTS T. ROBINSON, Y. YANG, R. DAVID, A. J. FERNANDEZ, M. ORTEGA, A. RAMADAN, BRETT MAREAN<br><br>(Doc. Nos. 45, 46)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET |

On May 23, 2022, Defendants A.J. Fernandez, M. Ortega, T. Robinson, and Y. Yang filed a joint stipulation of voluntary dismissal pursuant *with prejudice* to Fed. R. Civ. P. 41(a)(1)(A)(ii) due to the parties reaching a resolution in the case.  (Doc. No. 45) (emphasis added).  Also on May 23, 2022, Defendants A. Ramadan, B. Marean, and R. David filed a joint stipulation of dismissal *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Doc. No. 46) (emphasis added).

Rule 41(a)(1)(A)(ii) in pertinent part provides that, "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." A voluntary stipulation pursuant to Rule 41(a)(1)(A)(ii) automatically terminates the action between

1

the parties without operation of a court order. *Black Rock City, LLC v. Pershing Cty. Bd. of Comm'rs*, 637 F. App'x 488 (9th Cir. 2016) (citations omitted). Here, the parties have signed and dated the stipulation to dismiss this action.

      Accordingly, it is ORDERED:

      The Clerk of Court shall update the docket to reflect the stipulated dismissal of all claims against Defendants A.J. Fernandez, M. Ortega, T. Robinson, Y. Yang, A. Ramadan, B. Marean, and R. David.

Dated:   May 26, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE