## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**NICHOLAS SCOTT STONE,**

CASE NO: **1:19–CV–00703–ADA–HBK**

v.

**IMAD ABUMERI, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/30/2022**

                                      **Keith Holland**
                                      Clerk of Court

ENTERED: **September 30, 2022**

                            by: /s/ S. Martin–Gill
                                      Deputy Clerk