| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | JAN 10 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

NICHOLAS SCOTT STONE,

    Plaintiff-Appellant,

 v.

T. ROBINSON; et al.,

    Defendants-Appellees.

No. 22-16587

D.C. No. 1:19-cv-00703-ADA-HBK
Eastern District of California,
Fresno

ORDER

Before:    CANBY, CALLAHAN, and OWENS, Circuit Judges.

Stone's petition for panel rehearing (Docket Entry No. 19, 20) is denied.

No further filings will be entertained in this closed case.