UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NICHOLAS SCOTT STONE,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>T. ROBINSON; et al.,<br><br>      Defendants - Appellees. | No. 22-16587<br><br>D.C. No. 1:19-cv-00703-ADA-HBK<br>U.S. District Court for Eastern California, Fresno<br><br>**MANDATE** |

The judgment of this Court, entered September 19, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                      FOR THE COURT:

                                      MOLLY C. DWYER
                                      CLERK OF COURT